UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60269-CIV-SCOLA/OTAZO-REYES

MOISES ORE and NOEMI ORE,

    Plaintiffs,

v.

TRICAM INDUSTRIES, INC. and
HOME DEPOT USA, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Tricam Industries, Inc. and Home Depot USA, Inc.'s ("Defendants") Motion in Limine to Exclude Opinions of Plaintiff's Liability Expert, Frank Grate, P.E., in Supplementary Report Dated January 20, 2017 (hereafter, "Motion in Limine") [D.E. 201]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 208]. The undersigned held a hearing on this matter on March 30, 2017. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendants' Motion in Limine [D.E. 201] is GRANTED. The Supplementary Report dated January 20, 2017 submitted by Plaintiff's liability expert, Frank Grate, P.E. ("Mr. Grate") was untimely because it was submitted after the close of liability discovery. Therefore, Mr. Grate may not testify as to any new matters contained in the Supplementary Report; and his trial testimony shall be limited to the scope of his original Expert Report dated September 17, 2014.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of March, 2017.

*Alicia O3 Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record