United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Moises Ore, Plaintiff, | ) |
| v. | ) ) Civil Action No. 14-60269-Civ-Scola |
| Tricam Industries, Inc., and Home Depot USA, Inc., Defendants | ) ) |

<b><u>Verdict Form as to Damages</u></b>

We, the jury unanimously find the following damages by a preponderance of the evidence:

**Economic damages in the past:**

1. Loss of earnings $517,000.00

2. Medical expenses $200,799.20

**Economic damages in the future:**

1. Loss of earnings $1,800,000.00

2. Medical expenses $223,000.00

**Non-economic damages in the past:**

Pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life  $367,000.00

**Non-economic damages in the future:**

Pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life  $1,600,000.00

SO SAY WE ALL, this 30th day of June, 2017.



/Foreperson (please sign)        5
                                 Foreperson's juror number