```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
                 CASE NO. 14-60269-CIV-SCOLA

MOISES ORE and NOEMI ORE,              JUNE 30, 2017
                                       6:33 P.M.
               Plaintiffs,


     vs.


TRICAM INDUSTRIES, INC., and
HOME DEPOT USA, INC.,

               Defendants.        PAGES 1 THROUGH 46
```

---

```
                        DAY 5
              EXCERPT OF CIVIL JURY TRIAL
      (PROCEEDINGS AFTER THE CLOSE OF ALL EVIDENCE)
       BEFORE THE HONORABLE ROBERT N. SCOLA, JR.
              UNITED STATES DISTRICT JUDGE
                   and a Jury of 9

APPEARANCES:


FOR THE PLAINTIFF:    Mr. Samuel A. Coffey, Esq.
                      Mr. Kenneth Wayne Ferguson, Esq.
                      COFFEY TRIAL LAW
                      500 N.E. 4 Street
                      Suite 100
                      Fort Lauderdale, Florida  33301


FOR THE DEFENDANT:    Mr. Paul V. Kaulas, Esq.
                      MCVEY & PARSKY LLC
                      30 N. LaSalle Street
                      Suite 2100
                      Chicago, Illinois  60602

                      Mr. Jeffrey A. Mowers, Esq.
                      LEWIS BRISBOIS BISGARRD & SMITH, LLP
                      110 S.E. 6th Street
                      Suite 2600
                      Ft. Lauderdale, Florida  33301
```

1              I   N   D   E   X

2    *Certificate* ---------------------------------------------- 46

3
     RENEWAL OF ALL PREVIOUSLY MADE MOTIONS
4    FOR DIRECTED VERDICT BY MR. MOWERS                         3

5    ARGUMENT ON DEFENSE MOTION FOR DIRECTED VERDICT
     ON LOSS OF FUTURE EARNING CAPACITY                         3
6
7    JURY INSTRUCTION CONFERENCE                                6

8    READING OF THE JURY INSTRUCTIONS                           8

9    CLOSING ARGUMENT BY MR. COFFEY                            12

10   CLOSING ARGUMENT BY MR. KAULAS                           25

11   CLOSING ARGUMENT BY MR. COFFEY                           30

12   MOTION FOR MISTRIAL                                      37

13   JURY NOTE                                                38

14   VERDICT                                                  40

15

16

17

18              E X H I B I T S
     DEFENDANTS' EX. NO.:                      OFFERED ADMITTED
19   D-Y -                                                     3

20

21

22

23

24

25

06:33    1          (Jury Not Present, 6:33 p.m.)

2          THE COURT:  All right.  I'll overrule that objection.

3     D-Y will come into evidence.

4          MR. MOWERS:  Thank you, Your Honor.

5          Also, Judge, I'd like to make a motion before we get

6     into jury instructions.

7          THE COURT:  Okay.

8          MR. MOWERS:  First of all, what I wanted to do, just

9     for purposes of record, since the case started as a full trial

10    on liability and damages and then was bifurcated, for record

11    purposes only I'm just renewing all previously made motions for

12    directed verdict.

13         Now, I'm making a motion for directed verdict at this

14    point specifically with respect to the plaintiff's claim for

15    loss of future earning capacity.  You heard the testimony in

16    this case, Your Honor, from Mr. Morris, the life care planner,

17    and also the economist, Mr. Padron, who testified yesterday,

18    and all these numbers that they have calculated based upon loss

19    of future earning capacity are completely unsupported by the

20    evidence in this case.

21         We know now that the plaintiff suffered strokes and

22    seizures in August of 2015 which has rendered him unable to

23    work.  You heard today from Dr. Ginsberg, who has been treating

24    him from the very beginning after this accident.  Up to today

25    he's still his doctor, and was specifically treating him back

06:34 1    at the time the gentleman had these strokes and seizures.

2          He specifically has testified, Your Honor, that the

3    strokes and seizures are not related to this accident and he

4    specifically has testified that this gentleman is incapable of

5    working in any capacity because of his strokes and seizures.

6    Therefore, there's absolutely no medical evidence to support a

7    position that this man has suffered a loss of earning capacity.

8    He can't work anymore because of his strokes and seizures.

9          We're not disputing the fact that there's loss of

10    earnings in the past up until the time that he had the stroke,

11    but their life care planner has chosen to ignore the fact that

12    the gentleman cannot work any further for the rest of his life

13    because of strokes and seizures.  And it's completely improper

14    for this jury to award damages for loss of earning capacity

15    with an individual who has no future earning capacity, Your

16    Honor.

17          THE COURT:  All right.  Mr. Coffey?

18          MR. COFFEY:  I think it goes to weight as opposed to

19    sufficiency, Your Honor.  I think that we put on the testimony

20    of a life care planner to cover these issues and I think we've

21    adequately shown that there was a residual earning capacity

22    of $19,000 accounted for in the reports from the $125,000

23    ability to earn money, and because of the strokes and seizures

24    he probably can't make that money, but that part -- that money

25    was never included in our plan.  We took the $125,000 capacity

06:36

1    and we knocked it down to 106 for year 1, and it grows after

2    that, but we believe it's supported by the evidence in this

3    case.  Thank you.

4             MR. MOWERS:  We're talking about --

5             THE COURT:  What if he were -- I mean, just

6    hypothetically -- and don't take this the wrong way, Mr. Ore --

7    what if he were hit by a bus last week and killed and you still

8    had his case and you substituted the estate and the estate came

9    in and said, okay, we want all of his lost earnings in the

10   past, would you still be able to get his lost earnings in the

11   future?  What's the dif- -- I'm just trying to visualize,

12   what's the difference between he has a stroke and he can't work

13   and he's dead and he can't work?

14            MR. COFFEY:  That's different, Your Honor.

15            THE COURT:  Okay.  That's what I'm saying.  Explain to

16   me.  I'm trying to --

17            MR. COFFEY:  Here is why it's different.

18            THE COURT:  Yeah.

19            MR. COFFEY:  The competent substantial evidence from

20   our expert witness is that a stroke is not necessarily

21   100 percent disabling from the ability to work, and Ira Morris

22   testified to this.  What he said is people with strokes --

23            THE COURT:  Well, he's not a -- well, all he's doing

24   is saying, I am relying what the doctors say.  If they say he

25   can't work, I'm -- I mean --

06:37

1    MR. COFFEY:  He didn't say that.  What he said was --

2    THE COURT:  Yeah.

3    MR. COFFEY:  -- that I am the bridge between the

4    medical doctors and the employment world, and there's plenty of

5    people with stroke that I work with who do work.

6    And the results of stroke right now, the evidence is,

7    is he has a field cut.  He can't see from where my right hand

8    is to the right, and that's why I sit to his left.  His mind

9    works fine.  He has a little bit of a gate issue and he has an

10   issue with speech.

11   If he didn't have the worker compensation-related

12   injuries, there could be a job out there for him that he could

13   do and make money in the community, but the worker compensation

14   injury disabled him substantially so he had the big loss, but

15   he still had residual capacity, and that was the testimony of

16   Ira Morris in this case.

17   THE COURT:  All right.  I'm going to reserve ruling on

18   that issue and we'll see what the jury does.  But I don't know,

19   I have some severe doubts about that.

20   Okay.  Has each side received and reviewed the

21   proposed jury instructions on damages as well as the verdict

22   form as to damages?

23   MR. COFFEY:  Yes, Your Honor.

24   MR. MOWERS:  I have, Your Honor.

25   THE COURT:  Any objections by either side?

06:38   1              MR. MOWERS:  I do not object to the instructions or
        2    the verdict form with the exception that we strongly oppose the
        3    jury deciding on this issue of loss of future earning capacity.
        4              THE COURT:  Well, you already -- I know.  Okay.
        5              MR. COFFEY:  There's a typo about "his" versus "her"
        6    and "Moises" is spelled "Moses."
        7              THE COURT:  I thought we got rid of that.
        8              MR. COFFEY:  Well, you may have a different version at
        9    your desk, but we don't --
       10              THE COURT:  Did you hand out the new copies?
       11              LAW CLERK:  I believe I did.
       12              MR. COFFEY:  We don't have a different copy yet.
       13              LAW CLERK:  I'll give you a new copy.
       14              MR. COFFEY:  Okay.
       15              THE COURT:  Yeah, those are both fixed.
       16              MR. COFFEY:  Okay, great.  Those are the only changes
       17    we requested.
       18              THE COURT:  All right.  So I'll give each side 25
       19    minutes, because you had 35 minutes on liability, so that would
       20    have been a total for an hour for the closing for a one-week
       21    trial, which is plenty.
       22              How much time do you want to reserve for your
       23    rebuttal?
       24              MR. COFFEY:  You said I have 25?
       25              THE COURT:  Yeah.

06:39  1          MR. COFFEY:  15 and 10.  10 reserved, please.

2          THE COURT:  Okay.  All right.  Let's bring in the

3     jury.  I'll read the instructions first if you want to hand

4     them out.

5          LAW CLERK:  But I never gave them to the jury.

6          THE COURT:  That's why I said hand them out.  Do you

7     have the verdict form also?

8          LAW CLERK:  Yes.

9        (Jury Present.)

10          THE COURT:  All right.  Please be seated, everybody.

11     Welcome back.

12          All right.  Members of the jury, I want to remind you

13     that you should -- not only may, but should continue to refer

14     to and rely upon that first set of instructions I gave you on

15     all of the other issues like your duty to follow the law, the

16     burden of proof, the credibility of witnesses, and rules for

17     deliberations, and all of those other general instructions.

18          These instructions relate specifically to the

19     additional issue of damages which you are now going to decide.

20     Once again, if you want to read along with me, you can.  If you

21     just want to listen to me, you can.

22          All right.  You have already determined the issue of

23     liability and must now determine the amount of damages to which

24     the Plaintiff Moises Ore is entitled.

25          You should award him an amount of money that the

06:41   1   preponderance of the evidence shows will fairly and adequately

2   compensate him for such damage.  And you shall consider the

3   following elements:

4        a.  The reasonable expense of hospitalization and

5   medical care and treatment necessarily or reasonably obtained

6   by him in the past, or to be so obtained in the future.

7        b.  Any bodily injury sustained by him and any

8   resulting pain and suffering, disability or physical

9   impairment, disfigurement, mental anguish, inconvenience or

10   loss of capacity for the enjoyment of life experienced in the

11   past, or to be experienced in the future.  There is no exact

12   standard for measuring such damage.  The amount should be fair

13   and just, in the light of the evidence.

14        c.  Any earnings lost in the past, and any loss of

15   ability to earn money in the future.

16        In determining the total amount of damages, you should

17   not make any reduction because of the negligence of Moises Ore

18   or Tire Kingdom.  Because you already found that Moises Ore and

19   Tire Kingdom were negligent, the Court, in entering the

20   judgment, will reduce the total amount of damages by the

21   percentage of negligence which you found was caused by them.

22        You should also not reduce the amount of compensation

23   to which Moises Ore is otherwise entitled on account of wages,

24   medical insurance payments or other benefits which the evidence

25   shows he received from his employer, insurance company or some

06:43

1    other source.  Once again, the Court will reduce as necessary

2    the amount of compensation to which Mr. Ore is entitled on

3    account of any of those payments.

4         If the greater weight of the evidence shows that

5    Moises Ore has been permanently injured, you may consider his

6    life expectancy.  The mortality tables that were read into

7    evidence may be considered in determining how long Moises Ore

8    may be expected to live.  Mortality tables are not binding on

9    you, but may be considered together with other evidence in the

10   case bearing on his health, age, and physical condition, before

11   and after the injury, in determining the probable length of his

12   life.

13        Any amount of damages which you allow for future

14   medical expenses or loss of ability to earn money in the future

15   should be reduced to its present money value, and only the

16   present money value of these future economic damages should be

17   included in your verdict.  The present money value of future

18   economic damages is the sum of money needed now which, together

19   with what that sum will earn in the future, will compensate

20   Moises Ore for these losses as they are actually experienced in

21   future years.

22        If you find that the defendants caused a bodily

23   injury, and that the injury resulted in an aggravation of an

24   existing disease or physical defect or activation of a latent

25   disease or physical defect, you should attempt to decide what

06:44

1    portion of Moises Ore's condition resulted from the aggravation

2    or activation.  If you can make that determination, then you

3    should award damages only -- excuse me, you should award only

4    those damages resulting from the aggravation.  However, if you

5    cannot make that determination, or if it cannot be said that

6    the condition would have existed apart from the injury, then

7    you should award damages for the entire condition suffered by

8    Moises Ore.

9            Once again I have a verdict form which has a number of

10   subparts.  And again, you have a copy, I have the original here

11   which is highlighted so we know it's the original.  It has the

12   style of the case, the heading Verdict Form As To Damages.  It

13   says, We, the Jury, unanimously find the following damages by a

14   preponderance of the evidence:

15           Then there's economic damages in the past:

16           No. 1.  Loss of earnings.

17           No. 2.  Medical expenses.

18           Next, economic damages in the future:

19           No. 1.  Loss of earnings.

20           No. 2.  Medical expenses.

21           So when you find the amount or if there is an amount

22   as to each one of those, then you would either put the amount,

23   if there is a dollar amount, or put zero if you think it should

24   be zero.

25           Then there's non-economic damages in the past as well

06:46   1   as non-economic damages in the future.  You don't have to total

2   everything up, we'll just do that later.  All you do is make

3   those individual findings.

4           Once again, there is a date -- today's date is

5   June 30th -- and the foreperson will then sign and put their

6   juror number on the verdict form.

7           Once again, because the plaintiff has the burden of

8   proof as to damages, they get to go first and last in these

9   arguments, and we're going to hear first from Mr. Coffey at

10  this time.

11          MR. COFFEY:  Could I use the VGA, please?

12          THE COURT:  Yes.

13          MR. COFFEY:  Your Honor, may I get a copy of the

14  corrected instructions to use in my argument, please?

15          THE COURT:  You can just use mine.

16          MR. COFFEY:  Thank you, Your Honor.  Is it okay if I

17  highlight it?

18          THE COURT:  Yes.

19          MR. COFFEY:  Thank you very much.

20          May it please the Court.  Counsel.  Ladies and

21  gentlemen.  I thank you sincerely --

22          THE COURT:  Do you want the lavalier?

23          MR. COFFEY:  Yes.  Thank you sincerely on behalf of my

24  client and my team for your time and attention in this case.  I

25  know it's a huge sacrifice for you folks to make.  It's a very,

06:48   1    very important case for us.  I remember when we picked the

2    jury.  I talked about in other countries people go to war over

3    disputes, and during this trial someone got in a helicopter in

4    Venezuela, police helicopter, and they shot the Supreme Court

5    of Venezuela.

6            That's not the way we do things in America.  We settle

7    things here through the civil justice system.  And you've seen

8    at trial and you've heard opposite sides to this case.  Both

9    sides have put on their evidence and you folks are here to come

10   to a verdict.  You've got a partial verdict in the case on the

11   liability issues and now it's just really about the damages.

12   So I promise you, I know you've watched a ton of videos, you

13   don't want to watch them again, I've got six minutes I'd like

14   you to see.  Roll them.  Make sure the volume is up.

15           (Video plays shortly.)

16           MR. COFFEY:  Hold on a second.  Pause, pause, pause.

17           (Video paused.)

18           MR. COFFEY:  Okay.  Go back.  Roll it back?

19           (The following video excerpts were played, with the

20   first excerpt being questioning of Andrew S. Ellowitz, M.D., by

21   Mr. Coffey:)

22           "DR. ELLOWITZ:  25 percent for the right upper

23   extremity, 4 percent for the right great toe, and if you take

24   the upper extremity part and then you put it into the whole

25   body impairment, it becomes 16 percent to the body as a whole.

06:49  1        "MR. COFFEY:  All right.  Tell us why you didn't

2   continue to chart problems with the neck over the course of

3   time in this patient's case, please.

4        "DR. ELLOWITZ:  Because I wasn't specifically treating

5   that problem; I was just treating the shoulder, elbow, and sort

6   of the foot.

7        "MR. COFFEY:  Should the jury take from reading of

8   your notes the absence of complaints about the neck to mean

9   anything particular?

10        "DR. ELLOWITZ:  No."

11        (Video switches to questioning of Guillermo A.

12   Pasarin, M.D.:)

13        "MR. COFFEY:  Explain the significant findings in your

14   opinion, Doctor.

15        "DR. PASARIN:  So this is an image of the cervical

16   spine.  You can see that at C4-5, the disc between C4 and C5,

17   there's a significant discal herniation where that disc is up

18   against the spinal cord not only obliterating the white fluid,

19   but actually pushing the spinal cord to the back so it

20   obliterates the spinal fluid in the back also.

21        "There is an indication also that that spinal cord has

22   a little bit of a whitening to it, which may indicate early

23   trauma to the spinal cord.

24        "There is a second smaller disc herniation here at

25   C6-7, but that's a bulging disc and not truly up against the

06:50  1    spinal cord, nor is it causing any significant compression.

2              "MR. COFFEY:  Do you have an opinion within a

3    reasonable degree of medical probability whether or not the

4    herniated disc at C4-5 is related to the accident?

5              "DR. PASARIN:  I believe it is.  Based on the nature

6    of the patient's description, the other significant head and

7    shoulder injuries, and the fact that the pattern of this discal

8    herniation seems to be acute, I believe that they are causally

9    related.

10             "His reflexes were grossly abnormal.  He had positive

11   Hoffmann's, which is an abnormal reflex, suggestive of a spinal

12   cord compression.

13             "MR. COFFEY:  And when you see a positive Hoffmann's

14   test, what does that mean to you?

15             "DR. PASARIN:  Again, it's indicative of a spinal cord

16   lesion.  Now, in this case it's obviously from the compression

17   of the disc.  Because of the degree of compression, I believe

18   that his symptomatology is justified that this isn't just from

19   his shoulder or just from the fall or just from degenerative

20   disease.  I believe it's related to that disc.

21             "MR. COFFEY:  Okay.  Doctor, do you have an opinion

22   within a reasonable degree of medical probability whether or

23   not this herniated disc at C4-5 is causally related to the fall

24   from the ladder in this case?

25             "DR. PASARIN:  I believe it is.

06:51   1          "MR. COFFEY:  Do you have an opinion, Doctor, within a

2      reasonable degree of medical probability whether or not the

3      need for future cervical surgery at C4-5 is causally related to

4      the fall accident that Mr. Ore told you about in this case?

5          "DR. PASARIN:  Yes, I believe it is.

6          "MR. COFFEY:  Okay.  Doctor, do you have an opinion

7      within a reasonable degree of medical probability whether or

8      not Moises Ore sustained a permanent injury to his cervical

9      spine as a result of this fall?

10          "DR. PASARIN:  I believe he did.

11          "MR. COFFEY:  Have you recommended that he have

12     surgery?

13          "DR. PASARIN:  Yes.

14          "MR. COFFEY:  What are the risks and benefits of a

15     surgery like this for a patient like Mr. Ore?

16          "DR. PASARIN:  Well, the biggest risk in his case,

17     particularly due to the longevity of the disease, is failure.

18     It may not get rid of his symptomology, either his subjective

19     symptomatology, which is the pain, or his objective disability

20     and numbness and tingling and paresthesis.  The longer that

21     nerve and spinal cord are irritated and injured, the more

22     possibility it may develop a memory, and all the successful

23     surgery in the world may not benefit him.  And that can be as

24     high as 10 to 20 percent in my hand.

25          "Then there's smaller risks which are more serious,

06:52   1  but less often, and that includes bleeding, infections, CSF

2  leaks, coma, paralysis, death, weakness, blood clots,

3  anesthetic complications.

4          "MR. COFFEY:  Sure.

5          "DR. PASARIN:  Tracheal, esophageal, carotid, and/or

6  recurrent laryngeal nerve injuries to the voice box.

7          (Video switches to questioning of Barney Greenberg,

8  DPM:)

9          "DR. GREENBERG:  These are normal joints in the front

10  of the foot here.  This joint is narrowed.  You can see a

11  little fracture fragment right here.

12          "MR. COFFEY:  What's the significance of that fracture

13  that you're seeing there?

14          "DR. GREENBERG:  There is another piece of bone on the

15  lateral -- you can see there's a fracture fragment here that's

16  on top of the joint, plus this piece of bone here.  This joint

17  spur is the result of the trauma to the joint and the fracture

18  fragments.

19          "You know, an injury causes this, and if the patient

20  told me that he fell from a ladder and hurt his foot, that's a

21  reason that this would happen, yes.

22          "MR. COFFEY:  Do you have an opinion within a

23  reasonable degree of medical probability whether or not this

24  patient had a fracture in his right foot when you saw him and

25  by x-ray?

06:53  1          "DR. GREENBERG:  Yeah, absolutely.

2          "MR. COFFEY:  Do you have an opinion within a

3    reasonable degree of medical probability whether or not the

4    surgery that you performed was to treat the fracture in the

5    right foot?

6          "DR. GREENBERG:  Yes.  That's why I did it.

7          "MR. COFFEY:  Did this man sustain a permanent injury

8    within a reasonable degree of medical probability based upon

9    the fracture in his foot and the need for the surgery, Doctor?

10          "DR. GREENBERG:  Yes.  If the implant broke, he would

11    need a new implant, another surgery to replace the implant, if

12    there's bony growth around the implant, which sometimes can

13    happen, to remove that bony growth.

14          "MR. COFFEY:  Is he at risk to develop further

15    arthritis in this area or have you addressed that through the

16    surgery, Doctor?

17          "DR. GREENBERG:  I think we've addressed that through

18    the surgery, because arthritis is a disease of the joint and

19    that joint is gone.

20          "MR. COFFEY:  The treatment that you afforded Mr. Ore,

21    was this reasonable treatment, Doctor, for the injury that he

22    reported?

23          "DR. GREENBERG:  Yes, it was.

24          "MR. COFFEY:  Was the treatment --"

25          You can stop.

06:54   1            (Video stopped.)

2            MR. COFFEY:  Okay.  Thank you.

3            Can I use the ELMO now, please?

4            Take your time and look through those photographs.  I

5    know they're not fun to look at, but these are the injuries

6    this man sustained.

7            I put before you the image with the herniated discs.

8    We got defense experts, Dr. Brown, said he didn't even bother

9    to see the April 7 -- April 7, 2012 MRI.  He said he never

10   looked at it.

11           Dr. Garcia, he gave his first report.  He read the

12   paper reports.  Never saw the films.  What does that tell you?

13   There are folks who will say anything for money, folks.

14           We're here about harms and losses only from the

15   accidents.  We have put before you a minimum life care plan.

16   There is not one penny for stroke, not one penny for

17   complications that may occur because they're not likely that

18   doesn't meet medical probability, scientific certainty.  The

19   vocational opinion removed $19,000 a year for residual work

20   capacity.  The stroke took away that $19,000, so now Mr. Ore

21   can't make any money, but the stroke doesn't change the damages

22   that existed before the stroke occurred, the economic losses.

23           And the earning capacity, before the accident Mr. Ore

24   had $100,000 plus a year for 2010-2011.  We showed in the first

25   quarter of 2012 he made $38,000.  If you multiply that by four,

06:56   1    it's 152.  If you throw in a fringe benefit of 17 percent,

2    it's 177,000.

3              THE COURT:  You can't see what you're looking at.

4    Look at the screen.  Look at the screen.

5              MR. COFFEY:  You're right.  I'm sorry.  We took

6    38,000, we multiplied that by 4, to 152, we threw fringe

7    benefit in, that comes to 152 plus fringe, 177.  We used the

8    number of 125, a conservative number.

9              And remember, when Ira Morris was on the stand, I

10   wrote these notes.  He used the pre-accident of 125,035.60 was

11   his number.  He assumed a post-accident residual capacity of

12   15,022, and 19 was the midpoint.  So 19 was taken out of that

13   125 to make the lost wage 106 a year and then it grew from

14   there.

15             That assumption is contained in the report of Oscar

16   Padron.  The 125,000 is the earning capacity.  He takes

17   that 18,705, so the number goes down by that much for Oscar

18   Padron's numbers for wages.

19             He assumes past lost wages of 570,233.  That would be

20   the first line on your verdict form.

21             Second line is the $200,799.20 medical expenses in the

22   past.

23             We had the future loss of earnings is $2,292,736.

24             Medical expenses reduced to present money value, and

25   that number for wages, present money value also.  Wages -- I

06:58   1   mean, medicals are $455,534.  That's the future medical

2   expenses and present money values, so the numbers are reduced

3   consistent with the jury instructions.

4            Pain and suffering is the last element on the verdict

5   form.  And there's two periods:  There's the period of time in

6   the past and the period of time in the future.  And here is how

7   you can calculate that.  There are five years in the past from

8   the time of the accident until now.  In the future there's 31.8

9   years because that's the life expectancy from the life charts.

10            The past, he's had a head injury, two shoulder

11   surgeries, a toe surgery, neuropsychological evaluations, neck

12   pain, numbness in hands, inability to work, depression,

13   anxiety, somatic disorder.  These are all things bothering

14   Mr. Ore.

15            His future, what is in store for him?  Neck injections

16   once a month times 31.8 years, that's 381 neck injections per

17   month.

18            Arm injections, two to three times per year times 10

19   to 15 years, 31 of those arm injections.

20            Pain meds every day of life.

21            Psychological counseling for life.

22            Neurologist visits, one time a month for life.

23            Neck surgery.

24            Psychiatric visits.

25            Physical therapy for life.

06:59    1          That's what the care plan contains and this all goes

         2    towards pain and suffering.

         3          When you think about pain and suffering, think about

         4    the minimum wage.  The minimum wage in the state of Florida

         5    is $8.10 an hour, and Mr. Ore doesn't have an hour of his day

         6    that he's not in pain, and he wakes up from sleep with pain, it

         7    interrupts his sleep, so we know there's 24 hours in a day and

         8    365 days in a year, so that's 8,760 hours in a year

         9    times $8.10, is $70,956.

        10          Now, when you think about pain and suffering, it's

        11    kind of like an ad in the newspaper.  You open the classifieds

        12    and you see the ad, pain and suffering specialist, and the ad

        13    reads, we're going to have you working, making decent money,

        14    having a good job.  We're going to send you to the top of the

        15    ladder that's made improperly, defectively.

        16          MR. KAULAS:  Objection.

        17          THE COURT:  Sustained.

        18          MR. COFFEY:  You're going to fall and hurt yourself so

        19    badly you can never work like you did before.  You're going to

        20    have a head injury, a shoulder surgery requiring multiple

        21    surgeries -- a shoulder requiring multiple surgeries, a toe

        22    injury, a neck injury, you're going to have to take pain

        23    medications for life, you're going to have to go to endless

        24    doctor visits, endless doctor visits for life, taking pain meds

        25    all day long every day.  And this job pays minimum wage.

07:01

1  　　　　No reasonable person would ever take that job.  No

2  reasonable person would take that job.  But Mr. Ore essentially

3  has to work for Home Depot and Tricam.  Oh, the Tricam

4  representative went home two days ago.  But Mr. Ore's working

5  for Tricam and Home Depot 24 hours a day, 365 days a year,

6  never a holiday, never a vacation, never a day off, not even

7  Christmas.  So since he has to work for them, he should be

8  compensated for that work.  The minimum wage, $8.10 an hour, I

9  think is too low.  I suggest that you award him $100,000 a year

10  for pain and suffering.

11  　　　　Now, the math is simple.  There's five years in the

12  past and there's 31.8 years in the future, so the past figure

13  would be $500,000 and the future figure would be $3,180,000.

14  　　　　Now, that's a lot of money, I agree with you, that's

15  a lot of money, and when I came before you, when I picked the

16  jury, I talked to you about a number of above $5 million in a

17  case like this, and the number is above $5 million, and I

18  talked to you about the greater weight of the evidence, the

19  preponderance of the evidence, and we talked about the scales

20  being empty and tipped ever so slightly.  And the Court

21  indicated if we meet our burden of proof, 50.1 percent versus

22  49.9 percent, the plaintiff prevails.  And even you folks who

23  wanted 70 or 80 percent agreed you'd accept the law and you'd

24  follow the law, and the law is that's the burden of proof for

25  the plaintiff.  So if you think we met our burden of proof, if

07:03

1    we tip the scales ever so slightly, then we should prevail.

2           Now, let's summarize the evidence.  Defense experts

3    flipped and flopped all over the place on damages.  It's like

4    when I dance with my wife.  They were stepping on each other's

5    shoes.  All over each other.  Permanent injury, no permanent

6    injury, one sees a problem, one doesn't see a problem.  They

7    change their opinions.  They don't read the records.  Come on,

8    folks.  Come on.  But ultimately they agreed, permanent injury

9    in the elbow, in the neck, in the shoulder.  They won't support

10   the foot, but they weren't there for the surgery Dr. Greenberg

11   did where he saw the bone chip.  And Dr. Ellowitz gave a

12   permanent impairment rating for the toe.  So, come on, I think

13   we've met our burden of proof in this case.

14          Now, the Court's jury instructions says don't reduce

15   the damages if you consider Mr. Ore partly at fault, and you

16   found 30 percent fault, 15 for Mr. Ore and 15 percent for Tire

17   Kingdom, but you shouldn't award the measure of damages because

18   that's a different part of the case.  You're supposed to award

19   a full measure of damages in this phase of the case, okay?

20   Think about, we can't make Mr. Ore better again.  If there was

21   a magic wand and we'd go "dink" and make him all better, we

22   wouldn't ask for one penny.  But despite the best of medical

23   science, doctors doing endless procedures on him, $200,000 in

24   medical bills, and a future of endless medical care, you can't

25   make him all better.

07:04   1          And let's talk about the psychological impact, the

        2    depression, the feeling terrible.  This is a proud man.  At the

        3    break after he testified, he was embarrassed because he cried

        4    here before you folks.  He felt ashamed.  He's humbled.  This

        5    man's dignity has been taken away from him through the

        6    carelessness of the company.

        7          MR. KAULAS:  Objection.

        8          THE COURT:  Overruled.

        9          MR. COFFEY:  You don't have to think that Home Depot

       10    or Tricam are bad, we don't think they're bad, we just think

       11    they didn't use reasonable care in this case, okay?  And

       12    Mr. Ore is entitled to a full measure of damages, okay?

       13          Justice is like a cup of water or a cup of coffee --

       14    like me, Coffey -- a half a cup of justice is like no justice

       15    at all.  A half a cup of justice is like no justice at all.

       16    You got to give him a full measure of damages, a full cup of

       17    coffee, a full cup of water.  That's how you quench your

       18    thirst.  A full cup of water.  So when you're thinking about

       19    damages, you're more -- you're supposed to award a full measure

       20    of damages in a case like this.  We've proven the damages to

       21    you, the lost wages, medicals in the past and future, and the

       22    pain and suffering award.  Thank you for your time.

       23          THE COURT:  All right.  Mr. Kaulas.

       24          MR. KAULAS:  Thank you again for being jurors, having

       25    the beginning of your holiday weekend interfered with as a

07:07   1   result of this case.

2          As counsel told you, we can't function, if you will,

3   as a justice system without your efforts.  Thank you very much.

4          You've already made the decision regarding the issue

5   of liability.  That's been done.  We accept your decision.

6   Your decision at this juncture is to determine what damages

7   Mr. Ore's entitled to as a result of his fall from the ladder.

8          One element I want to touch on is the claim of the

9   plaintiff of future income loss as a result of a fall off a

10   ladder.  Counsel presented evidence through Mr. Morris, Ira

11   Morris, that Mr. Ore will lose money, a great deal of money in

12   the future as a result of his fall off a ladder.

13          However, there is simply no question that Mr. Ore

14   unfortunately suffered a series of a stroke or strokes, a

15   series of highly debilitating injury which put him in the

16   hospital.  As a matter of fact, his physician was asked the

17   following series of questions:

18          "Question:  Now, these strokes and seizures and other

19   events that he's had since August 2015 are all serious

20   medical -- medical conditions, correct?

21          "Yes.

22          "And they're potentially life-threatening, aren't

23   they?

24          "Yes.

25          "And none of these conditions are related to his fall

07:09    1    from the ladder; isn't that true?

         2            "That's correct.

         3            "And is it your opinion today, based upon how he is

         4    from the strokes, the seizures, and the other unrelated

         5    problems that have nothing to do with the ladder accident, that

         6    he's not capable of work?

         7            "That's correct.

         8            "But it was your opinion before late August of 2015

         9    that he was capable of returning to work --

        10            "That's correct.

        11            "-- in a full-time capacity, correct?

        12            "Yes."

        13            The event which ended Mr. Ore's ability to work by his

        14    treating physician's testimony has absolutely no relationship

        15    to his fall off a ladder.  Thus, a claim for future earnings

        16    lost has no relevance, has no support.

        17            An interesting feature you might have noticed from the

        18    income tax returns that were shown to you is Mr. Ore, when he

        19    did earn and was working, like all of you and everybody here,

        20    pays taxes.  He reduces his income by the taxes that he pays.

        21    And if you get those withholding slips, you'll see that the

        22    amount of gross amount of money that he made is reduced by the

        23    taxes that Mr. Ore paid.  Thus, the net amount of money that he

        24    actually takes home is far less than the amounts of money

        25    indicated by his income tax returns.  Thus, those figures that

07:12   1    counsel and Ira Morris waved around, I suggest, are not

2    accurate.

3            Counsel's attacked the defense doctors because with

4    the information that they received, they testified regardless

5    of the circumstances, regardless of the fact that they were

6    retained by the defense, to their opinions based upon the

7    information they received.  And the information they received,

8    heard a few moments ago, concessions concerning Mr. Ore's

9    permanent conditions, chronic conditions.  It's conceded he has

10   chronic conditions because he keeps getting treated for the

11   very same items over and over again, and no expert witness is

12   going to suggest that somebody sees a doctor for the fun of it.

13           I don't believe that concessions by expert witnesses

14   is a suggestion that they are flip-flopping or their opinions

15   should be ignored simply because of the fact that when they're

16   provided information, they change opinions, they modify their

17   opinions based upon the documentation and information they

18   receive.

19           I just wanted to raise some testimony or comment upon

20   some testimony of, again, Dr. Ginsberg.  Dr. Ginsberg admitted

21   that the AC joint injury, the shoulder injury, and the razing

22   of the bone, if you will, that he saw was an old injury

23   explained by Mr. Ore's experience in being struck by a crowbar

24   years before.

25           The degenerative disc disease.  There's no question,

07:15   1    based upon the totality of the testimony, that Mr. Ore's

        2    degenerative disc disease was old for years.

        3         There's no question that Mr. Ore suffered emotional

        4    problems before this accident ever occurred.  He was

        5    provided -- excuse me, he took antidepressants, antianxiety

        6    medication, both before and after his accident.

        7         Had it not been for Mr. Ore's stroke, the doctors

        8    testified that he could return to work.  His own treating

        9    physician said he could return to work and he did not,

       10    obviously, because he's permanently injured as a result of the

       11    stroke.

       12         In terms of future medications -- and you have the

       13    figures, if you will, you conscientiously took those down -- I

       14    think it's reasonable to believe that he will continue to have

       15    future medication in accordance with his treating doctor's

       16    testimony.  I think that's reasonable.  Of course, that's

       17    solely under the control of Mr. Ore.

       18         And it's interesting to note that all of his treatment

       19    from day one has been covered by comp.  All the doctors that

       20    have testified have been paid by comp.  Does it seem reasonable

       21    to you that that scenario is going to change in any way, shape,

       22    or form?

       23         Unless you're asked to award money in the future for

       24    medical treatment without any indication that that medical

       25    treatment will not continue to be provided to Mr. Ore --

07:19    1         MR. FERGUSON:  Objection, Your Honor, Rule 411.

         2         THE COURT:  Sustained.

         3         MR. KAULAS:  Thank you.

         4         THE COURT:  All right.  You have seven minutes,

         5    Mr. Coffey.

         6         MR. COFFEY:  Okay.  Who has kept track how many times

         7    we heard the terms "strokes and seizures" in the trial?  Anyone

         8    keep track?  Anyone keep score?  How about "workers' comp"?

         9    Well, you know I did.  And ask yourself, why did they talk

        10    about strokes and seizures and workers' comp?  To prejudice

        11    you.  To flat out prejudice you against the plaintiff.  To

        12    prejudice you against the plaintiff.

        13         MR. KAULAS:  Objection, move to strike that comment,

        14    Your Honor.

        15         THE COURT:  All right.  Members of the jury, your job

        16    is to evaluate the evidence and decide what -- if we're talking

        17    about the damages for the medical expenses, you're supposed to

        18    make your decision without regard to whether or not there's

        19    going to be workers' compensation, okay?  If there is, okay,

        20    I'm the one that will later figure out how to offset that.

        21         The same thing with the workers' compensation in the

        22    past.  If they paid for workers' compensation, I will make

        23    those kind of determinations.

        24         All right.  Go ahead.

        25         MR. COFFEY:  The jury instructions indicate:  "You

07:21   1    should not reduce the amount of compensation to which Moises
        2    Ore is otherwise entitled on account of wages, medical
        3    insurance payments or other benefits which the evidence shows
        4    the plaintiff received from his employer, insurance company or
        5    some other source.  The court will reduce as necessary the
        6    amount of compensation to which Moises Ore is entitled on
        7    account of any such payments."
        8          What they want to suggest is he's double-dipping, he's
        9    already been paid, and for that reason you shouldn't award him
       10    money for these items, and that's wrong.  It's inconsistent
       11    with the law and it's inconsistent with the instructions.
       12    We've got to follow the law and follow the instructions.  The
       13    Court instructs us.  Because the Judge calls the balls and
       14    strikes here.  He tells us what evidence we can present to you
       15    and what we can't.  And workers' compensation you're not
       16    supposed to consider, okay?
       17          Strokes and seizures?  We didn't ask for one red cent
       18    for damages for strokes and seizures.  And my client is not
       19    asking for any kind of sympathy from you because he had a
       20    stroke or a seizure.  Not at all.  We're here about the harms
       21    and losses caused by the accident and that's what this case is
       22    about.
       23          Now, remember, the fall ended Mr. Ore's career.  The
       24    fall ended his career, a career that took 20-plus years to
       25    build.  20-plus years.  He went back to work at that job, they

07:22  1    overpaid him at $40 an hour for a $10-an-hour job, and they

2    took the job away from him when he had permanent lifting

3    restrictions.  They took it away from him.

4          The fact that Dr. Ginsberg says he can go back to

5    work, well, all the doctors say he can go back to work with a

6    light-duty capacity, not the capacity for the store.  And

7    Dr. Ginsberg, they quote from his deposition where he says,

8    yeah, yeah, the stroke stopped his ability to work.

9    Dr. Ginsberg also testified, I didn't treat him for the stroke.

10    I didn't treat him for the stroke.  They didn't read that to

11    you, though, did they?  Nope.

12          Now, the defense said there shouldn't be damages for

13    wages because he had a stroke.  The Court wouldn't let us make

14    the argument, wouldn't let us present the evidence --

15          MR. KAULAS:  Objection, Your Honor, as to what the

16    Court would not let him do.

17          THE COURT:  Sustained.

18          MR. COFFEY:  We have been able to present all the

19    claims before you that you are to consider, and to the extent

20    that defense counsel says you shouldn't consider them, that's

21    just wrong.  It's wrong.

22          He makes an argument about income tax.  Well, he

23    didn't put on an economic expert.  He didn't put on a life care

24    planner, the defense.  They could have done that.  They chose

25    not to.  So Mr. Kaulas gets up here, and he's not the evidence,

07:23   1    remember, he's not the evidence, but he's making some income

2    tax argument.  Well, do you know whether or not Mr. Ore has to

3    pay income tax on the money?  You don't know because there's no

4    evidence.  You don't know.

5        And the Court again will be reducing awards, if

6    necessary, in the case in accordance with the jury

7    instructions.  So the tax argument is just an argument.  It's

8    not the evidence.  It's not based upon the evidence.  But they

9    want to raise that with you, so give that the credence that you

10   think it deserves.

11       Again, I'll put up the numbers.  The past lost wages,

12   the past medical bills, the future lost wages, the future

13   medical bills, and the two numbers for pain and suffering.

14       Remember, when you folks go home for your 4th of July

15   holiday, and for the rest of your lives, you guys are going to

16   live long wonderful lives, Mr. Ore will not probably ever see

17   you again, and if he could come back every single year and tell

18   you if he had a good year or bad year, you could award him

19   damages each year, but he can't do that.  He has to ask for

20   money one time and today is the one day he can do that.  So he

21   may have good years and bad years in the future.  I mean, what

22   if he has that neck surgery and goes into a coma?  That's a

23   horrible rest of his life.

24       MR. KAULAS:  Objection.

25       THE COURT:  Sustained.

07:25   1          MR. COFFEY:  He can't -- the evidence is a

2       complication from his neck surgery is potentially coma, that's

3       what the doctor testified, Dr. Pasarin, and that's why I played

4       that video clip for you folks.  I played it for you.  And

5       you're to consider those things.

6              And how do you think that impacts him psychologically,

7       okay?  You're to award a full measure of damages, because as he

8       gets older, when he's in his 60s, his 70s, his 80s, do you

9       think these things are going to get better for him?  Or do you

10      think they're going to only continue to get worse?  It's tough

11      enough to age without an injury, tough enough.  There's not one

12      penny asked for for nursing care, home health aides.  No one is

13      saying he needs a spinal cord stimulator for pain.

14             And these doctors are worker compensation doctors.  We

15      didn't pick these doctors.  They're not liberal doctors or

16      players like the defendant picked.

17             MR. MOWERS:  Objection, Your Honor.

18             THE COURT:  Sustained.

19             MR. COFFEY:  What we did was we went with doctors to

20      the worker compensation system and they work for the employer

21      carrier, so they are conservative, because they want to get

22      people back to work and not recognize people as being injured.

23      They're good doctors, they'll give good care, but their

24      opinions are conservative to favor the people that hire them,

25      which is the employer and the carrier, to get people back to

07:26    1    work.

2        Think about who has a motivation to testify the way

3    they do?  Because you're allowed to weigh the credibility of

4    the witnesses and give it the weight you believe it deserves.

5    So you have a bunch of doctors paid through the worker

6    compensation system that we have no relationship with on our

7    side of the case.  The defendants clearly have worked with

8    these doctors for some time.  Mr. Mowers said he's been hiring

9    these folks for years to give opinions in cases just like this

10   to juries just like you.

11       So I thank you very much for your time.  I hope you

12   folks have a wonderful, wonderful 4th of July holiday, and

13   we're confident you'll do the right thing.  Thank you.

14       THE COURT:  All right.  Members of the jury, at this

15   time I'm going to ask you to go back to commence your

16   deliberations on the issue of damages.  Again, when you go back

17   there, you'll have the original verdict form.  You can take

18   your -- each set of the jury instructions.  I have the juror

19   notes and question.  Remember, all communications with the

20   Court have to be in writing.

21       Once again, we're going to take your phones and

22   tablets, whatever you have to communicate.  If you want to make

23   a call before you start deliberations, go ahead and do that,

24   and then once you're ready to start deliberations, you can turn

25   your phones over.

07:27   1          Your dinner is there in the jury room waiting for you

2    and we'll have the evidence -- all of the evidence back there

3    in just a moment.  So you can retire to commence your

4    deliberations.

5          COURT SECURITY OFFICER:  All rise.

6      (The jury retired to the jury room to commence their

7    deliberations.)

8          THE COURT:  Do you all have all the evidence gathered

9    up?  Mr. Mowers, do you have your evidence?  Mr. Mowers?

10          MR. COFFEY:  We're looking right now.  Do you want

11    your instruction back?

12          THE COURT:  Let me have it back.

13          MR. COFFEY:  Thank you.

14          MR. MOWERS:  I want to make a motion.

15          THE COURT:  All right.  We're here in open court

16    outside the presence of the jurors, but everybody else is here.

17          MR. MOWERS:  For the record, Mr. Coffey's comments in

18    closing argument were over the top completely, Your Honor.  You

19    talk about inflammatory, you talk about going outside the

20    evidence, there's a difference between arguing the evidence and

21    arguing your point and going to the point of really, really,

22    really prejudicing a fair trial, from our standpoint.  We

23    didn't get up and pull any of the shenanigans that he just did

24    in his closing argument.  It's inappropriate.

25          THE COURT:  Well, I sustained the objections --

07:29   1          MR. MOWERS:  Absolutely.

        2          THE COURT:  -- when they were made because I agree

        3    they were inappropriate.

        4          MR. MOWERS:  They're totally inappropriate.  And when

        5    they get to the point -- there's certain times where you make

        6    objections and they're sustained and that's enough to I guess

        7    make the case a fair playing field.  But when you repeatedly

        8    make those kind of comments, the jury in effect has been

        9    poisoned to our detriment.  And he knows better than that.

     10          THE COURT:  Well, I don't know, Mr. Kaulas was talking

     11    about workers' compensation and whether he's going to have to

     12    pay, which is a violation of what the instructions are.  He was

     13    talking about not paying taxes.  Doesn't somebody have to pay

     14    taxes on the part of the verdict that's for future earnings?

     15    So --

     16          MR. MOWERS:  There's a difference, though, Your Honor,

     17    between --

     18          THE COURT:  I don't know what the difference is.  The

     19    difference is he said something improper versus the other.

     20    Yes, they're all improper and I'm very disappointed they were

     21    said, and when somebody objected, I sustained the objection.

     22    Are you moving for a mistrial?

     23          MR. MOWERS:  I am moving for a mistrial.

     24          THE COURT:  Denied.

     25          All right.  Let's make sure we have all the evidence

07:30

1   that's in.  Get ready to send it back to the jurors so we don't

2   have any delays like we did the last time.  And don't leave the

3   12th floor.

4         All right.  We'll be in recess until we hear from the

5   jury.

6         COURTROOM DEPUTY:  All rise.  Make sure everything is

7   in that's in.

8     (Recess, 7:30 p.m. to 8:08 p.m.)

9         THE COURT:  Thank you.  Be seated.  All right.  The

10  plaintiff and defendant and attorneys are here.  We have a note

11  from the jury:  "Requesting the life planning chart."

12        What is the plaintiff's suggested response?

13        MR. COFFEY:  I'm not sure what document they're

14  talking about.  If it's the -- it's probably the life care

15  plan, but I think it's an expert report that doesn't go into

16  evidence.  I think they have to rely upon their own memories I

17  think is the standard instruction.  I didn't attempt to put it

18  into evidence because I don't think expert reports are supposed

19  to go into evidence.

20        THE COURT:  All right.  What is the defense suggested

21  response?

22        MR. MOWERS:  It shouldn't go back to the jury, Your

23  Honor.

24     (Pause.)

25        THE COURT:  All right.  Members of the jury:  The

08:10  1    report of the life care plan expert is not in evidence and

2    therefore cannot be given to you.  You must rely upon your

3    recollection of the testimony concerning the life care plan.

4        Any objections?

5        MR. COFFEY:  Plaintiff agrees.  No objection.

6        MR. MOWERS:  Your Honor, I believe they should be told

7    they "may rely."  They do not need to rely on it.

8      (Pause.)

9        THE COURT:  All right.  Members of the jury:  The

10   report of the life care plan expert is not in evidence and

11   therefore cannot be given to you.  If you wish to consider the

12   life care plan in your deliberations, you must rely on the

13   testimony concerning that plan and any evidence relating to the

14   plan that has been allowed into evidence.

15       Any objections?

16       MR. COFFEY:  No objection.

17       MR. MOWERS:  I would say "including cross-examination

18   on the life care plan."

19       THE COURT:  Okay.  Well, I'm not going to do that

20   because I didn't say rely on the direct exam, so I think by

21   "testimony," that necessarily includes the cross-examination.

22   So I'll overrule that objection.

23       All right.  Jacob, can you give them?  All right.

24   We'll be in recess until we hear from them again.  Do you want

25   to make a copy first before you give it to them?

08:15  1          COURTROOM DEPUTY:  I'll make a copy.

2          THE COURT:  Yeah.

3       (Recess, 8:15 p.m. to 8:43 p.m.)

4          THE COURT:  All right.  Let's go back on the record.

5    Everybody is here.  We have a note from the jury that they have

6    reached a verdict.

7          Would you please bring in the jury?

8          COURT SECURITY OFFICER:  Yes, sir.

9       (Jury Present.)

10          THE COURT:  All right.  Welcome back and please be

11    seated.  All right.  We received your note that you have

12    reached a verdict.  Could you please hand the verdict form to

13    the court security officer?

14       (Juror No. 5 complies.)

15          THE COURT:  All right.  Will the clerk please publish

16    the verdict.

17          COURTROOM DEPUTY:  Yes, Judge.

18          Moises Ore, Plaintiff, versus Tricam Industries, Inc.,

19    and Home Depot USA, Inc., Defendants.

20          Verdict Form as to Damages.

21          We, the Jury, unanimously find the following damages

22    by a preponderance of the evidence:

23          Economic damages in the past:

24          1.  Loss of earnings:  $517,000.

25          2.  Medical expenses:  $200,799.20.

08:46

1       Economic damages in the future:

2           1.  Loss of earnings:  $1,800,000.

3           2.  Medical expenses:  $223,000.

4           Non-economic damages in the past:  Pain and suffering,

5   disability, physical impairment, disfigurement, mental anguish,

6   inconvenience, aggravation of a disease or physical defect and

7   loss of capacity for the enjoyment of life:  $367,000.

8           Non-economic damages in the future:  $1,600,000.

9           So say we all.  It is dated this 30th day of June of

10  2017 and it is signed by the foreperson.

11          THE COURT:  All right.  Will the clerk please publish

12  the verdict -- I mean, excuse me, will you please poll the

13  jury?

14          COURTROOM DEPUTY:  Yes, Judge.

15          Members of the jury, you have just heard me read the

16  verdict in this case.  When I call your juror number, please

17  answer "yes" if this is your verdict, or "no if this is not

18  your verdict.

19          Juror No. 1, is this your verdict?

20          JUROR NO. 1:  Yes.

21          COURTROOM DEPUTY:  Juror No. 2?

22          JUROR NO. 2:  Yes.

23          COURTROOM DEPUTY:  Juror No. 3?

24          JUROR NO. 3:  Yes.

25          COURTROOM DEPUTY:  Juror No. 4?

08:47

1        JUROR NO. 4:  Yes.

2        COURTROOM DEPUTY:  Juror No. 5?

3        JUROR NO. 5:  Yes.

4        COURTROOM DEPUTY:  Juror No. 6?

5        JUROR NO. 6:  Yes.

6        COURTROOM DEPUTY:  Juror No. 7?

7        JUROR NO. 7:  Yes.

8        COURTROOM DEPUTY:  Juror No. 8?

9        JUROR NO. 8:  Yes.

10        COURTROOM DEPUTY:  And Juror No. 9?

11        JUROR NO. 9:  Yes.

12        THE COURT:  All right.  The jurors have acceded in the

13   verdict.

14             Members of the jury, now that you have completed your

15   verdict in the case, your second verdict, you have completed

16   your obligations as jurors in this case.  Ordinarily, jurors in

17   federal court are on for a two-week trial period.  Because you

18   worked so hard this week and so late, if you want to be excused

19   from being called -- possibly being called in next week for

20   another trial, then just tell Jacob and we'll take you off the

21   list.  If you want to remain on the list, we'll give you some

22   psychological screening and then allow you to do that.  We all

23   saw how much you paid attention to the testimony during the

24   trial and how hard you worked, both on the initial verdict and

25   on this one, and we appreciate all of your efforts.

08:48   1        As a very small token of appreciation, I have a
        2   certificate of appreciation that Jacob will give you on the way
        3   out.
        4        And now that you are former jurors, I want you to know
        5   that you enjoy certain rights and privileges.  For over 200
        6   years we have relied upon citizens such as yourselves to make
        7   these difficult decisions in these very serious cases, and for
        8   that reason, when you leave here this evening, if you don't
        9   want to talk about your service on the case you don't have to.
       10   And in fact, under our rules the attorneys are forbidden from
       11   approaching you and asking you about the case.  But this is a
       12   free country.  If you want to discuss the case, you are also
       13   free to do that, but I want to emphasize to you that that
       14   should be your decision and not someone else's.
       15        Before you go, make sure you get any personal
       16   belongings you have in the jury room.  If you have any concerns
       17   about getting to the car or the Metrorail, take that up with
       18   the court security officer.  And again, on behalf of all of us,
       19   we thank you for your service.
       20        Ms. Davis, thank you for spending your birthday with
       21   us.
       22        (Clapping.)
       23        THE COURT:  And at this point you are free to leave.
       24   All right.  All rise for the jurors.
       25        (Jury not present.)

08:50

1    THE COURT:  All right.  Thank you.  Be seated.  Before

2    you all go, make sure you take back from Jacob the exhibits

3    that were introduced into evidence for each of you and remember

4    you have to electronically file those within a certain period

5    of time after the trial under the new rules.  I guess next week

6    you can make arrangements to get the ladders out.

7         How much time do you need to file something addressing

8    the issue of the future earnings?

9         MR. COFFEY:  30 days.

10        THE COURT:  Well, I think they're the ones that are

11   filing something.

12        MR. MOWERS:  20 days.

13        THE COURT:  All right.  So I'll give you 20 days to

14   file something.  And how much time after that do you want?

15        MR. COFFEY:  10 days, please.

16        THE COURT:  Okay.  All right.  So we'll be in recess.

17   Make sure you get your exhibits from Jacob.  All right.  Have a

18   good weekend.

19        MR. MOWERS:  Judge, two quick things.

20        THE COURT:  Yes, sir.

21        MR. MOWERS:  Can we get a copy of the verdict tonight

22   before we leave?

23        THE COURT:  Yes, absolutely.

24        MR. MOWERS:  And secondly, can we get our boxes after

25   the long weekend?

08:51
1          THE COURT:  Yes.

2          MR. MOWERS:  Okay.

3          THE COURT:  That will be on Wednesday.

4          MR. MOWERS:  Right.

5          THE COURT:  Okay.

6          MR. COFFEY:  Your Honor, one piece of evidence is

7    physical evidence, an additional ladder.  May we photograph

8    that and electronically file that?  Because I can't file metal.

9          THE COURT:  Yes, I think there's a way to do that.

10         MR. COFFEY:  Okay.  Thank you.  Thank you for your

11   time, Your Honor, and your staff's time.

12         THE COURT:  All right.  Thank you.

13         MR. COFFEY:  We greatly appreciate it.

14         THE COURT:  I'll make the copies of this.

15      (Proceedings concluded at 8:52 p.m.)

16                     *   *   *   *   *

17

18

19

20

21

22

23

24

25

1    UNITED STATES OF AMERICA                    )
                                                 ) ss:
2    SOUTHERN DISTRICT OF FLORIDA                )

3

4                    C E R T I F I C A T E

5        I, Carly L. Horenkamp, Certified Shorthand

6    Reporter in and for the United States District Court for the

7    Southern District of Florida, do hereby certify that I was

8    present at and reported in machine shorthand the proceedings

9    had the 30th day of June, 2017, in the above-mentioned court;

10   and that the foregoing transcript is a true, correct, and

11   complete transcript of my stenographic notes.

12       I further certify that this transcript contains

13   pages 1 - 46.

14       IN WITNESS WHEREOF, I have hereunto set my hand at Miami,

15   Florida, this 7th day of July, 2017.

16

17

18              /s/ Carly Horenkamp

19              Carly L. Horenkamp, RMR, CRR, CRC
                Certified Shorthand Reporter

20

21

22

23

24

25

COURT SECURITY
OFFICER: [2] 36/4
40/7
COURTROOM
DEPUTY: [12] 38/5
39/25 40/16 41/13
41/20 41/22 41/24 42/1
42/3 42/5 42/7 42/9
JUROR NO. 1: [1]
41/19
JUROR NO. 2: [1]
41/21
JUROR NO. 3: [1]
41/23
JUROR NO. 4: [1]
41/25
JUROR NO. 5: [1] 42/2
JUROR NO. 6: [1] 42/4
JUROR NO. 7: [1] 42/6
JUROR NO. 8: [1] 42/8
JUROR NO. 9: [1]
42/10
LAW CLERK: [4] 7/10
7/12 8/4 8/7
MR. COFFEY: [40]
4/17 5/13 5/16 5/18
5/25 6/2 6/22 7/4 7/7
7/11 7/13 7/15 7/23
7/25 12/10 12/12 12/15
12/18 12/22 13/15
13/17 19/1 20/4 22/17
25/8 30/5 30/24 32/17
33/25 34/18 36/9 36/12
38/12 39/4 39/15 44/8
44/14 45/5 45/9 45/12
MR. FERGUSON: [1]
29/25
MR. KAULAS: [7]
22/15 25/6 25/23 30/2
30/12 32/14 33/23
MR. MOWERS: [21]
3/3 3/7 5/3 6/23 6/25
34/16 36/13 36/16
36/25 37/3 37/15 37/22
38/21 39/5 39/16 44/11
44/18 44/20 44/23 45/1
45/3
THE COURT: [66]

**$**
$1,600,000 [1] 41/8
$1,800,000 [1] 41/2
$10 [1] 32/1
$100,000 [2] 19/24
23/9
$125,000 [2] 4/22 4/25
$19,000 [3] 4/22 19/19
19/20
$2,292,736 [1] 20/23
$200,000 [1] 24/23
$200,799.20 [2] 20/21
40/25
$223,000 [1] 41/3
$3,180,000 [1] 23/2
$367,000 [1] 41/7
$38,000 [1] 19/25

$40 [1] 32/1
$455,534 [1] 21/1
$5 [2] 23/16 23/17
$5 million [2] 23/16
23/17
$500,000 [1] 23/13
$517,000 [1] 40/24
$70,956 [1] 22/9
$8.10 [3] 22/5 22/9
23/8

**1**
10 [5] 8/1 8/1 16/24
21/18 44/15
100 [1] 1/17
100 percent [1] 5/21
106 [2] 5/1 20/13
110 [1] 1/23
12 [1] 2/8
125 [2] 20/8 20/13
125,000 [1] 20/16
125,035.60 [1] 20/10
12th [1] 38/3
14-60269-CIV-SCOLA
[1] 1/2
15 [3] 8/1 21/19 24/16
15 percent [1] 24/16
15,022 [1] 20/12
152 [3] 20/1 20/6 20/7
16 percent [1] 13/25
17 percent [1] 20/1
177 [1] 20/7
177,000 [1] 20/2
18,705 [1] 20/17
19 [2] 20/12 20/12

**2**
20 [2] 44/12 44/13
20 percent [1] 16/24
20-plus [2] 31/24 31/25
200 [1] 43/5
2010-2011 [1] 19/24
2011 [1] 19/24
2012 [2] 19/9 19/25
2015 [3] 3/22 26/19
27/8
2017 [4] 1/3 41/10 46/9
46/15
2100 [1] 1/21
24 [2] 22/7 23/5
25 [4] 2/9 7/18 7/24
13/22
2600 [1] 1/24

**3**
30 [4] 1/3 1/20 2/10
44/9
30 percent [1] 24/16
30th [3] 12/5 41/9 46/9
31 [1] 21/19
31.8 [3] 21/8 21/16
23/12
33301 [2] 1/18 1/24
35 [1] 7/19
365 [2] 22/8 23/5
37 [1] 2/11
38 [1] 2/12
38,000 [1] 20/6

381 [1] 21/16

**4**
40 [1] 2/13
411 [1] 30/1
46 [3] 1/9 2/2 46/13
49.9 percent [1] 23/22
4th [2] 33/14 35/12

**5**
50.1 percent [1] 23/21
500 [1] 1/17
570,233 [1] 20/19

**6**
60602 [1] 1/21
60s [1] 34/8
6:33 [2] 1/4 3/1
6th [1] 1/23

**7**
70 [1] 23/23
70s [1] 34/8
7:30 [1] 38/8
7th [1] 46/15

**8**
8,760 [1] 22/8
80 percent [1] 23/23
80s [1] 34/8
8:08 [1] 38/8
8:15 [1] 40/3
8:43 [1] 40/3
8:52 [1] 45/15

**A**
a $10-an-hour [1] 32/1
a lot [2] 23/14 23/15
ability [6] 4/23 5/21
9/15 10/14 27/13 32/8
able [5] 5/10 32/18
abnormal [2] 15/10
15/11
about [32] 5/4 6/19 7/5
13/2 13/11 14/8 16/4
19/14 22/3 22/3 22/10
23/16 23/18 23/19
24/20 25/1 25/18 30/8
30/10 30/17 31/20
31/22 32/22 35/2 36/19
36/19 37/11 37/13
38/14 43/9 43/11 43/17
46/9
above [3] 23/16 23/17
46/9
above-mentioned [1]
46/9
absence [1] 14/8
absolutely [5] 4/6 18/1
27/14 37/1 44/23
AC [1] 28/21
acceded [1] 42/12
accept [2] 23/23 26/5
accident [12] 3/24 4/3
15/4 16/4 19/23 20/10
20/11 21/8 27/5 29/4
29/6 31/21
accidents [1] 19/15
accordance [2] 29/15

33/6
account [4] 9/23 10/3
31/2 31/7
accounted [1] 4/22
accurate [1] 28/2
activation [2] 10/24
11/2
actually [3] 10/20 14/19
27/24
acute [1] 15/8
ad [3] 22/11 22/12
22/12
additional [2] 8/19 45/7
addressed [2] 18/15
18/17
addressing [1] 44/7
adequately [2] 4/21 9/1
admitted [2] 2/18 28/20
afforded [1] 18/20
after [9] 1/11 3/24 5/1
10/11 25/3 29/6 44/5
44/14 44/24
again [19] 8/20 10/1
11/9 11/10 12/4 12/7
13/13 15/15 24/20
25/24 28/11 28/20 33/5
33/11 33/17 35/16
35/21 39/24 43/18
against [4] 14/18 14/25
30/11 30/12
age [2] 10/10 34/11
aggravation [4] 10/23
11/1 11/4 41/6
ago [2] 23/4 28/8
agree [2] 23/14 37/2
agreed [2] 23/23 24/8
agrees [1] 39/5
ahead [2] 30/24 35/23
aides [1] 34/12
all [76]
allow [2] 10/13 42/22
allowed [2] 35/3 39/14
along [1] 8/20
already [5] 7/4 8/22
9/18 26/4 31/9
also [9] 3/5 3/17 8/7
9/22 14/20 14/21 20/25
32/9 43/12
am [3] 5/24 6/3 37/23
America [2] 13/6 46/1
amount [17] 8/23 8/25
9/12 9/16 9/20 9/22
10/2 10/13 11/21 11/21
11/22 11/23 27/22
27/22 27/23 31/1 31/6
amounts [1] 27/24
and/or [1] 17/5
Andrew [1] 13/20
anesthetic [1] 17/3
anguish [2] 9/9 41/5
another [3] 17/14 18/11
42/20
answer [1] 41/17
antianxiety [1] 29/5
antidepressants [1]
29/5
anxiety [1] 21/13
any [23] 4/5 4/12 6/25

9/7 9/7 9/14 9/14 9/17
10/3 10/13 15/1 19/21
29/21 29/24 31/7 31/19
36/23 38/2 39/4 39/13
39/15 43/15 43/16
anymore [1] 4/8
Anyone [2] 30/7 30/8
anything [2] 14/9 19/13
apart [1] 11/6
APPEARANCES [1]
1/14
appreciate [2] 42/25
45/13
appreciation [2] 43/1
43/2
approaching [1] 43/11
April [2] 19/9 19/9
April 7 [2] 19/9 19/9
are [40] 3/19 4/3 7/15
7/16 8/19 10/8 10/20
13/9 15/8 16/14 16/21
16/25 17/9 19/5 19/13
21/1 21/2 21/7 21/13
25/10 26/19 26/25 28/1
28/14 32/19 33/15 34/9
34/14 34/21 34/24
37/12 37/22 38/10
38/18 42/17 43/4 43/10
43/12 43/23 44/10
are $455,534 [1] 21/1
area [1] 18/15
aren't [1] 26/22
arguing [2] 36/20 36/21
argument [12] 2/5 2/8
2/9 2/10 12/14 32/14
32/22 33/2 33/7 33/7
36/18 36/24
arguments [1] 12/9
arm [2] 21/18 21/19
around [2] 18/12 28/1
arrangements [1] 44/6
arthritis [2] 18/15 18/18
as [32] 3/9 4/18 6/21
6/21 6/22 10/1 10/20
11/12 11/22 11/25 12/1
12/8 13/25 16/9 16/23
16/24 25/25 26/2 26/3
26/7 26/9 26/12 26/16
29/10 31/5 32/15 34/7
34/22 40/20 42/16 43/1
43/6
ashamed [1] 25/4
ask [5] 24/22 30/9
31/17 33/19 35/15
asked [2] 26/16 29/23
34/12
asking [2] 31/19 43/11
assumed [1] 20/11
assumes [1] 20/19
assumption [1] 20/15
at [29] 3/13 4/1 7/8
12/9 13/8 14/16 14/24
15/4 15/23 16/3 18/14
19/5 19/10 20/3 20/4
20/4 24/15 25/2 25/15
32/1 35/14 43/23 45/15
46/8 46/14

**A**

at $40 [1]  32/1
attacked [1]  28/3
attempt [2]  10/25 38/17
attention [2]  12/24 42/23
attorneys [2]  38/10 43/10
August [3]  3/22 26/19 27/8
August 2015 [1]  26/19
award [14]  4/14 8/25 11/3 11/3 11/7 23/9 24/17 24/18 25/19 25/22 29/23 31/9 33/18 34/7
awards [1]  33/5
away [4]  19/20 25/5 32/2 32/3

**B**

back [22]  3/25 8/11 13/18 13/18 14/19 14/20 31/25 32/4 32/5 33/17 34/22 34/25 35/15 35/16 36/2 36/11 36/12 38/1 38/22 40/4 40/10 44/2
bad [4]  25/10 25/10 33/18 33/21
badly [1]  22/19
balls [1]  31/13
Barney [1]  7/7
based [8]  3/18 15/5 18/8 27/3 28/6 28/17 29/1 33/8
be [37]  5/10 6/12 8/10 9/6 9/11 9/12 10/7 10/8 10/9 10/15 10/16 11/5 11/24 15/8 16/23 20/19 23/7 23/13 23/13 28/15 29/25 30/19 32/12 33/5 35/20 38/4 38/9 39/2 39/6 39/11 39/24 40/10 42/18 43/14 44/1 44/16 45/3
be $3,180,000 [1] 23/13
be $500,000 [1]  23/13
bearing [1]  10/10
because [8]  4/5 4/8 4/13 4/23 7/19 9/17 9/18 12/7 14/4 15/17 18/18 19/17 21/9 24/17 25/3 28/3 28/10 28/15 29/10 31/13 31/19 32/13 33/3 34/7 34/21 35/3 37/2 38/18 39/20 42/17 45/8
becomes [1]  13/25
been [13]  3/23 7/20 10/5 25/5 26/5 29/7 29/19 29/20 31/9 32/18 35/8 37/8 39/14
before [20]  1/12 3/5 10/10 19/7 19/15 19/22 19/23 22/19 23/15 25/4

27/8 28/24 29/4 29/6 32/19 35/23 39/25 43/15 44/1 44/22
beginning [2]  3/24 25/25
behalf [2]  12/23 43/18
being [7]  13/20 23/20 25/24 28/23 34/22 42/19 42/19
believe [13]  5/2 7/11 15/5 15/8 15/17 15/20 15/25 16/5 16/10 28/13 29/14 35/4 39/6
belongings [1]  43/16
benefit [3]  16/23 20/1 20/7
benefits [3]  9/24 16/14 31/3
best [1]  24/22
better [5]  24/20 24/21 24/25 34/9 37/9
between [5]  5/12 6/3 14/16 36/20 37/17
bifurcated [1]  3/10
big [1]  6/14
biggest [1]  16/16
bills [3]  24/24 33/12 33/13
binding [1]  10/8
birthday [1]  43/20
BISGARRD [1]  1/23
bit [2]  6/9 14/22
bleeding [1]  11/7
blood [1]  17/2
bodily [2]  9/7 10/22
body [2]  13/25 13/25
bone [4]  17/14 17/16 24/11 28/22
bony [2]  18/12 18/13
both [4]  7/15 13/8 29/6 42/24
bother [1]  19/8
bothering [1]  21/13
box [1]  17/6
boxes [1]  44/24
break [1]  25/3
bridge [1]  6/3
bring [2]  8/2 40/7
BRISBOIS [1]  1/23
broke [1]  18/10
Brown [1]  19/8
build [1]  31/25
bulging [1]  14/25
bunch [1]  35/5
burden [6]  8/16 12/7 23/21 23/24 23/25 24/13
bus [1]  5/7
but [31]  4/11 4/24 5/2 6/13 6/14 6/18 7/9 8/5 8/13 10/9 14/19 14/25 17/1 19/5 19/21 23/2 23/4 24/8 24/10 24/17 24/22 27/8 33/1 33/8 33/19 34/23 36/16 37/7 38/15 43/11 43/13

**C**

C4 [5]  14/16 14/16 15/4 15/23 16/3
C4-5 [4]  14/16 15/4 15/23 16/3
C5 [1]  14/16
C6 [1]  14/25
C6-7 [1]  14/25
calculate [1]  21/7
calculated [1]  3/18
call [2]  35/23 41/16
called [2]  42/19 42/19
calls [1]  31/13
came [2]  5/8 23/15
can [24]  8/20 8/21 11/2 12/15 14/16 16/23 17/10 17/15 18/12 18/25 19/3 21/7 22/19 31/14 32/4 32/5 33/20 35/17 35/24 36/3 39/23 44/6 44/21 44/24
can't [5]  4/8 4/24 5/12 5/13 5/25 6/7 19/21 20/3 24/20 24/24 26/2 31/15 33/19 34/1 45/8
cannot [5]  4/12 11/5 11/5 39/2 39/11
capable [2]  27/6 27/9
capacity [20]  2/5 3/15 3/19 4/5 4/7 4/14 4/15 4/21 4/25 6/15 7/3 9/10 19/20 19/23 20/11 20/16 27/11 32/6 32/6 41/7
car [1]  43/17
care [17]  3/16 4/11 4/20 9/5 19/15 22/1 24/24 25/11 32/23 34/12 34/23 38/14 39/1 39/3 39/10 39/12 39/18 39/3 39/10 39/12 39/18 25/14 30/5
career [3]  31/23 31/24 31/24
carelessness [1]  25/6
Carly [2]  46/5 46/18
carotid [1]  17/5
carrier [3]  34/21 34/25
case [35]  1/2 3/9 3/16 3/20 5/3 5/8 6/16 10/10 11/12 12/24 13/1 13/8 13/10 14/3 15/16 15/24 16/4 16/16 23/17 24/13 24/18 24/19 25/11 25/20 26/1 31/21 33/6 35/7 37/7 41/16 42/15 42/16 43/9 43/11 43/12 cases [2]  35/9 43/7
causally [1]  15/8 15/23 16/3
caused [3]  9/21 10/22 31/21
causes [1]  17/19
causing [1]  15/1
cent [1]  31/17
certain [3]  37/5 43/5 44/4
certainty [1]  19/18
certificate [2]  2/2 43/2

Certified [2]  46/5 46/19
certify [2]  46/7 46/12
cervical [3]  14/15 16/3 16/8
change [4]  19/21 24/7 28/16 29/21
changes [1]  7/16
chart [2]  14/2 38/11
charts [1]  21/9
Chicago [1]  1/21
chip [1]  24/11
chose [1]  32/24
chosen [1]  4/11
Christmas [1]  3/7
chronic [2]  28/9 28/10
circumstances [1]  28/5
citizens [1]  43/6
CIV [1]  1/2
civil [2]  1/11 13/7
claim [3]  3/14 26/8 27/15
claims [1]  32/19
Clapping [1]  43/22
classifieds [1]  22/11
clearly [1]  35/7
clerk [2]  40/15 41/11
client [2]  12/24 31/18
clip [1]  34/4
CLOSE [1]  1/11
closing [6]  2/8 2/9 2/10 7/20 36/18 36/24
clots [1]  17/2
coffee [2]  25/13 25/17
Coffey [27]  1/15 1/16 2/8 2/10 4/17 12/9 13/21 14/1 14/7 14/13 15/2 15/13 15/21 16/1 16/6 16/11 16/14 17/7 17/12 17/22 18/2 18/7 18/14 18/20 18/24 25/14 30/5
Coffey's [1]  36/17
coma [3]  17/2 33/22 34/2
come [6]  3/3 13/9 24/7 24/8 24/12 33/17
comes [1]  20/7
commence [1]  35/15 36/3 36/6
comment [2]  28/19 30/13
comments [2]  36/17 37/8
communicate [1]  35/22
communications [1]  35/19
community [1]  6/13
comp [4]  29/19 29/20 30/8 30/10
company [3]  9/25 25/6 31/4
compensate [2]  9/2 10/19
compensated [1]  23/8
compensation [14]  6/11 6/13 9/22 10/2 30/19 30/21 30/22 31/1 31/6 31/15 34/14 34/20 35/6

37/11
compensation-related [1]  6/11
competent [1]  5/19
complaints [1]  14/8
complete [1]  46/11
completed [2]  42/14 42/15
completely [3]  3/19 4/13 36/18
complication [1]  34/2
complications [2]  17/3 19/17
complies [1]  40/14
compression [4]  15/1 15/12 15/16 15/17
conceded [1]  28/9
concerning [3]  28/8 39/3 39/13
concerns [1]  43/16
concessions [2]  28/8 28/13
concluded [1]  45/15
condition [4]  10/10 11/1 11/6 11/7
conditions [5]  26/20 26/25 28/9 28/9 28/10
CONFERENCE [1]  2/6
confident [1]  35/13
conscientiously [1]  29/13
conservative [3]  20/8 34/21 34/24
consider [8]  9/2 10/5 24/15 31/16 32/19 32/20 34/5 39/11
considered [2]  10/7 10/9
consistent [1]  21/3
contained [2]  10/15
contains [2]  22/1 46/12
continue [5]  8/13 14/2 29/14 29/25 34/10
control [1]  29/17
copies [2]  7/10 45/14
copy [7]  7/12 7/13 11/10 12/13 39/25 40/1 44/21
cord [9]  14/18 14/19 14/21 14/23 15/1 15/12 15/15 16/21 34/13
correct [6]  26/20 27/2 27/7 27/10 27/11 46/10
corrected [1]  12/14
could [9]  6/12 6/12 12/11 29/8 29/9 32/24 33/17 33/18 40/12
counsel [5]  12/20 26/2 26/10 28/1 32/20
Counsel's [1]  28/3
counseling [1]  21/21
countries [1]  13/2
country [1]  43/12
course [2]  14/2 29/16
court [18]  1/1 9/19 10/1 12/20 13/4 23/20 31/5 31/13 32/13 32/16 33/5 35/20 36/15 40/13

**C**

court... [4] 42/17 43/18 46/6 46/9
Court's [1] 24/14
cover [1] 4/20
covered [1] 29/19
CRC [1] 46/18
credence [1] 33/9
credibility [2] 8/16 35/3
cried [1] 25/3
cross [2] 39/17 39/21
cross-examination [2] 39/17 39/21
crowbar [1] 28/23
CRR [1] 46/18
CSF [1] 17/1
cup [7] 25/13 25/13 25/14 25/15 25/16 25/17 25/18
cut [1] 6/7

**D**

D-Y [2] 2/19 3/3
damage [2] 9/2 9/12
damages [45] 3/10 4/14 6/21 6/22 8/19 8/23 9/16 9/20 10/13 10/16 10/18 11/3 11/4 11/7 11/12 11/13 11/15 11/18 11/25 12/1 12/8 13/11 19/21 24/3 24/15 24/17 24/19 25/12 25/16 25/19 25/20 25/20 26/6 30/17 31/18 32/12 33/19 34/7 35/16 40/20 40/21 40/23 41/1 41/4 41/8
dance [1] 24/4
date [2] 12/4 12/4
dated [1] 41/9
Davis [1] 43/20
day [13] 1/10 21/20 22/5 22/7 22/25 22/25 23/5 23/6 29/19 33/20 41/9 46/9 46/15
days [7] 22/8 23/4 23/5 44/9 44/12 44/13 44/15
dead [1] 5/13
deal [1] 26/11
death [1] 17/2
debilitating [1] 26/15
decent [1] 22/13
decide [2] 8/19 10/25 30/16
deciding [1] 7/3
decision [5] 26/4 26/5 26/6 30/18 43/14
decisions [1] 43/7
defect [3] 10/24 10/25 41/6
defectively [1] 22/15
defendant [3] 1/19 34/16 38/10
defendants [4] 1/9 10/22 35/7 40/19
DEFENDANTS' [1] 2/18

defense [9] 2/5 19/8 24/2 28/3 28/6 32/12 32/20 32/24 38/20
degenerative [3] 15/19 28/25 29/2
degree [8] 15/3 15/17 15/22 16/2 16/7 17/23 18/3 18/8
delays [1] 38/2
deliberations [7] 8/17 35/16 35/23 35/24 36/4 36/7 39/12
Denied [1] 37/24
deposition [1] 32/7
DEPOT [5] 1/8 23/3 23/5 25/9 40/19
depression [2] 21/12 25/2
description [1] 15/6
deserves [2] 33/10 35/4
desk [1] 7/9
despite [1] 24/22
determination [2] 11/2 11/5
determinations [1] 30/23
determine [2] 8/23 26/6
determined [1] 8/22
determining [3] 9/16 10/7 10/11
detriment [1] 37/9
develop [2] 16/22 18/14
did [15] 7/10 7/11 16/10 18/6 18/7 22/19 24/11 27/19 29/9 30/9 30/9 32/11 34/19 36/23 38/2 38/17 39/20
dif [1] 5/11
difference [5] 5/12 36/20 37/16 37/18 37/19
different [5] 5/14 5/17 7/8 7/12 24/18
difficult [1] 43/7
dignity [1] 25/5
dink [1] 24/21
dinner [1] 36/1
dipping [1] 31/8
direct [1] 39/20
directed [4] 2/4 2/5 3/12 3/13
disability [3] 9/8 16/19 41/5
disabled [1] 6/14
disabling [1] 5/21
disappointed [1] 37/20
disc [10] 14/16 14/17 14/24 14/25 15/4 15/17 15/20 15/23 28/25 29/2
discal [2] 14/17 15/7
discs [1] 19/7
discuss [1] 43/12
disease [8] 10/24 10/25 15/20 16/17 18/18

28/25 29/2 41/6
disfigurement [2] 9/9 41/5
disorder [1] 21/13
disputes [1] 13/3
disputing [1] 4/9
DISTRICT [1] 1/1 1/1 1/12 46/2 46/6 46/7
DIVISION [1] 1/3
do [39] 3/8 6/5 6/13 7/1 7/22 8/6 12/2 12/2 12/22 13/6 15/2 15/21 16/1 16/6 17/22 18/2 27/5 32/16 33/2 33/19 33/20 34/6 34/8 34/9 35/3 35/13 35/23 36/8 36/9 36/10 39/7 39/19 39/24 42/22 43/13 44/7 44/14 45/9 46/7
doctor [12] 3/25 14/14 15/21 16/1 16/6 18/9 18/16 18/21 22/24 22/24 28/12 34/3
doctor's [1] 29/15
doctors [15] 5/24 6/4 24/23 28/3 29/7 29/19 32/5 34/14 34/14 34/15 34/15 34/19 34/23 35/5 35/8
document [1] 38/13
documentation [1] 28/17
does [4] 6/18 15/14 19/12 29/20
doesn't [6] 19/18 19/21 22/5 24/6 37/13 38/15
doing [2] 5/23 24/23
dollar [1] 11/23
don't [20] 5/6 6/18 7/9 7/12 12/1 13/13 24/7 24/14 25/9 25/10 28/13 33/3 33/4 37/10 37/18 38/1 38/2 38/18 43/8 43/9
done [2] 26/5 32/24
double [1] 31/8
double-dipping [1] 31/8
doubts [1] 6/19
down [3] 5/1 20/17 29/13
DPM [1] 17/8
DR [19] 13/22 14/4 14/10 14/15 15/5 15/15 15/25 16/5 16/10 16/13 16/16 17/5 17/9 17/14 18/1 18/6 18/10 18/17 18/23
Dr. [11] 3/23 19/8 19/11 24/10 24/11 28/20 28/20 32/4 32/7 32/9 34/3
Dr. Brown [1] 19/8
Dr. Ellowitz [1] 24/11
Dr. Garcia [1] 19/11
Dr. Ginsberg [6] 3/23 28/20 28/20 32/4 32/7 32/9
Dr. Greenberg [1]

24/10
Dr. Pasarin [1] 34/3
due [1] 16/17
during [2] 13/3 42/23
duty [2] 8/15 32/6

**E**

each [8] 6/20 7/18 11/22 24/4 24/5 33/19 35/18 44/3
early [1] 14/22
earn [5] 4/23 9/15 10/14 10/19 27/19
earning [10] 2/5 3/15 3/19 4/7 4/14 4/15 4/21 7/3 19/23 20/16
earnings [12] 4/10 5/9 5/10 9/14 11/6 11/19 20/23 27/15 37/14 40/24 41/2 44/8
economic [12] 10/16 10/18 11/15 11/18 11/25 12/1 19/22 32/23 40/23 41/1 41/4 41/8
economist [1] 3/17
effect [1] 37/8
efforts [2] 26/3 42/25
either [3] 6/25 11/22 16/18
elbow [2] 14/5 24/9
electronically [2] 44/4 45/8
element [2] 21/4 26/8
elements [1] 9/3
Ellowitz [5] 13/20 13/22 14/4 14/10 24/11
ELMO [1] 19/3
else [1] 36/16
else's [1] 43/14
embarrassed [1] 25/3
emotional [1] 29/3
emphasize [1] 43/14
employer [4] 9/25 31/4 34/20 34/25
employment [1] 6/20
empty [1] 23/20
ended [3] 27/13 31/23 31/24
endless [4] 22/23 22/24 22/23 24/24
enjoy [1] 43/5
enjoyment [2] 9/10 41/7
enough [3] 34/11 34/11 37/6
entering [1] 9/19
entire [1] 11/7
entitled [7] 8/24 9/23 10/2 25/12 26/7 31/2 31/6
esophageal [1] 17/5
Esq [4] 1/15 1/16 1/19 1/22
essentially [1] 23/2
estate [2] 5/8 5/8
evaluate [1] 30/16
evaluations [1] 21/11
even [3] 19/8 23/6 23/22

evening [1] 43/8
event [1] 27/13
events [1] 26/19
ever [5] 23/1 23/20 24/1 29/4 33/16
every [3] 21/20 22/25 33/17
everybody [4] 8/10 27/19 36/16 40/5
everything [2] 12/2 38/6
evidence [47]
EX [1] 2/18
exact [1] 9/11
exam [1] 39/20
examination [2] 39/17 39/21
exception [1] 7/2
excerpt [2] 1/11 13/20
excerpts [1] 13/19
excuse [3] 11/3 29/5 41/12
excused [1] 42/18
exhibits [2] 44/2 44/17
existed [1] 11/6 19/22
existing [1] 10/24
expectancy [2] 10/6 21/9
expected [1] 10/8
expense [1] 9/4
expenses [9] 10/14 11/17 11/20 20/21 20/24 21/2 30/17 40/25 41/3
experience [1] 28/23
experienced [3] 9/10 9/11 10/20
expert [8] 5/20 28/11 28/13 32/23 38/15 38/18 39/1 39/10
experts [2] 19/8 24/2
Explain [2] 5/15 14/13
explained [1] 28/23
extent [1] 32/19
extremity [2] 13/23 13/24

**F**

fact [8] 4/9 4/11 15/7 26/16 28/5 28/15 32/4 43/10
failure [1] 16/17
fair [3] 9/12 36/22 37/7
fairly [1] 9/1
fall [12] 15/19 15/23 16/4 16/9 22/18 26/7 26/9 26/12 26/25 27/15 31/23 31/24
far [1] 27/24
fault [2] 24/15 24/16
favor [1] 34/24
feature [1] 27/17
federal [1] 42/17
feeling [1] 25/2
fell [1] 17/20
felt [1] 25/4
Ferguson [1] 1/16
few [1] 28/8
field [2] 6/7 37/7

**F**

figure [3] 23/12 23/13 30/20
figures [2] 27/25 29/13
file [5] 44/4 44/7 44/14 45/8 45/8
filing [1] 44/11
films [1] 19/12
find [4] 10/22 11/13 11/21 40/21
findings [2] 12/3 14/13
fine [1] 6/9
first [10] 3/8 8/3 8/14 12/8 12/9 13/20 19/11 19/24 20/20 39/25
five [2] 21/7 23/11
fixed [1] 7/15
flat [1] 30/11
flip [1] 28/14
flip-flopping [1] 28/14
flipped [1] 24/3
floor [1] 38/3
flopped [1] 24/3
flopping [1] 28/14
FLORIDA [7] 1/1 1/18 1/24 22/4 46/2 46/7 46/15
fluid [2] 14/18 14/20
folks [11] 12/25 13/9 19/13 19/13 23/22 24/8 25/4 33/14 34/4 35/9 35/12
follow [4] 8/15 23/24 31/12 31/12
following [5] 9/3 11/13 13/19 26/17 40/21
foot [7] 14/6 17/10 17/20 17/24 18/5 18/9 24/10
forbidden [1] 43/10
foregoing [1] 46/10
foreperson [2] 12/5 41/10
form [12] 6/22 7/2 8/7 11/9 11/12 12/6 20/20 21/5 29/22 35/17 40/12 40/20
former [1] 43/4
Fort [1] 1/18
found [3] 9/18 9/21 24/16
four [1] 19/25
fracture [7] 17/11 17/12 17/15 17/17 17/24 18/4 18/9
fragment [2] 17/11 17/15
fragments [1] 17/18
free [3] 43/12 43/13 43/23
fringe [2] 20/1 20/6 20/7
front [1] 17/9
Ft [1] 1/24
full [10] 3/9 24/19 25/12 25/16 25/16 25/17 25/18 25/19 27/11 34/7

full-time [1] 27/11
fun [2] 19/5 28/12
function [1] 26/2
further [3] 4/12 18/14 46/12
future [40] 2/5 3/15 3/19 4/15 5/11 7/3 9/6 9/11 9/15 10/13 10/14 10/16 10/17 10/19 10/21 11/18 12/1 16/3 20/23 21/1 21/6 21/8 21/15 23/12 23/13 24/24 25/21 26/9 26/12 27/15 29/12 29/15 29/23 33/12 33/12 33/21 37/14 41/1 41/8 44/8

**G**

Garcia [1] 19/11
gate [1] 6/9
gathered [1] 36/8
gave [4] 8/5 8/14 19/11 24/11
general [1] 8/17
gentleman [3] 4/1 4/4 4/12
gentlemen [1] 12/21
get [18] 3/5 5/10 12/8 12/13 16/18 27/21 34/9 34/10 34/21 34/25 36/23 37/5 38/1 43/15 44/6 44/17 44/21 44/24
gets [2] 32/25 34/8
getting [2] 28/10 43/17
Ginsberg [6] 3/23 28/20 28/20 32/4 32/7 32/9
give [12] 7/13 7/18 25/16 33/9 34/23 35/4 35/9 39/23 39/25 42/21 43/2 44/13
given [2] 39/2 39/11
go [18] 12/8 13/2 13/18 22/23 24/21 30/24 32/4 32/5 33/14 35/15 35/16 35/23 38/15 38/19 38/22 40/4 43/15 44/2
goes [4] 4/18 20/17 22/1 33/22
going [2] 6/17 8/19 12/9 22/13 22/14 22/18 22/19 22/22 22/23 28/12 29/21 30/19 33/15 34/9 34/10 35/15 35/21 36/19 36/21 37/11 39/19
gone [1] 18/19
good [6] 22/14 33/18 33/21 34/23 34/23 44/18
got [5] 7/7 13/13 13/10 13/13 19/8 25/16 31/12
great [3] 7/16 13/23 26/11
greater [2] 10/4 23/18
greatly [1] 45/13
Greenberg [9] 17/7 17/9 17/14 18/1 18/6

18/10 18/17 18/23 24/10
grew [1] 20/13
gross [1] 27/22
grossly [1] 15/10
grows [1] 5/1
growth [2] 18/12 18/13
guess [2] 37/6 44/5
Guillermo [1] 14/11
guys [1] 33/15

**H**

had [18] 4/1 4/10 5/8 6/14 6/15 7/19 15/10 17/24 19/24 20/23 21/10 26/19 29/7 31/19 32/2 32/13 33/18 46/9
had $100,000 [1] 19/24
half [2] 25/14 25/15
hand [7] 6/7 7/10 8/3 8/6 16/24 40/12 46/14
hands [1] 21/12
happen [2] 17/21 18/13
hard [2] 42/18 42/24
has [32] 3/2 4/2 4/2 4/4 4/7 4/11 4/15 5/12 6/7 6/9 6/9 6/20 10/5 11/9 11/11 12/7 14/21 23/3 23/7 25/5 27/14 27/16 27/16 28/9 29/19 30/6 33/2 33/19 33/22 35/2 37/8 39/14
have [75]
having [2] 22/14 25/24
he [89]
he's [18] 3/25 5/13 5/23 5/23 21/10 22/6 25/4 26/19 27/6 29/10 31/8 31/8 32/25 33/1 33/1 34/8 35/8 37/11
head [3] 15/6 21/10 22/20
heading [1] 11/12
health [2] 10/10 34/12
hear [3] 12/9 38/4 39/24
heard [6] 3/15 3/23 13/8 28/8 30/7 41/15
helicopter [2] 13/3 13/4
her [1] 7/5
here [21] 5/17 11/10 13/7 13/9 14/24 17/10 17/11 17/15 17/16 19/14 21/6 25/4 27/19 31/14 31/20 32/25 36/15 36/16 38/10 40/5 43/8
hereby [1] 46/7
hereunto [1] 46/14
herniated [3] 15/4 15/23 19/7
herniation [3] 14/17 14/24 15/8
high [1] 16/24
highlight [1] 12/17
highlighted [1] 11/11
highly [1] 26/15

him [28] 3/22 3/24 3/25 6/12 6/14 8/25 9/2 9/6 9/7 16/23 17/24 21/15 23/9 24/21 24/25 25/5 25/16 26/15 31/9 32/1 32/2 32/3 32/9 32/10 32/16 33/18 34/6 34/9
him $100,000 [1] 23/9
him, [1] 24/23
him, $200,000 [1] 24/23
hire [1] 34/24
hiring [1] 35/8
his [52]
hit [1] 5/7
Hoffmann's [2] 15/11 15/13
Hold [1] 13/16
holiday [4] 23/6 25/25 33/15 35/12
home [9] 1/8 23/3 23/4 23/5 25/9 27/24 33/14 34/12 40/19
Honor [20] 3/4 3/16 4/2 4/16 4/19 5/14 6/23 6/24 12/13 12/16 30/1 30/14 32/15 34/17 36/18 37/16 38/23 39/6 45/6 45/11
HONORABLE [1] 1/12
hope [1] 35/11
Horenkamp [2] 46/5 46/18
horrible [1] 33/23
hospital [1] 26/16
hospitalization [1] 9/4
hour [6] 7/20 22/5 22/5 23/8 32/1 32/1
hours [2] 22/7 22/8 23/5
how [13] 7/22 10/7 21/6 25/17 27/3 30/6 30/8 30/20 34/6 42/23 42/24 44/7 44/14
However [2] 11/4 26/13
huge [1] 12/25
humbled [1] 25/4
hurt [2] 17/20 22/18
hypothetically [1] 5/6

**I**

I'd [2] 3/5 13/13
I'll [9] 3/2 7/13 7/18 8/3 33/11 39/22 40/1 44/13 45/14
I'm [13] 3/11 3/13 5/11 5/15 5/16 5/25 6/17 20/5 30/20 35/15 37/20 38/13 39/19
I've [1] 13/13
if [48]
ignore [1] 4/11
ignored [1] 28/15
Illinois [1] 1/21
image [2] 14/15 19/7
impact [1] 25/1
impacts [1] 34/6
impairment [4] 9/9 13/25 24/12 41/5

implant [4] 18/10 18/11 18/11 18/12
important [1] 13/1
improper [3] 4/13 37/19 37/20
improperly [1] 22/15
in [136]
inability [1] 21/12
inappropriate [3] 36/24 37/3 37/4
INC [4] 1/7 1/8 40/18 40/19
incapable [1] 4/4
included [2] 4/25 10/17
includes [2] 17/1 39/21
including [1] 39/17
income [7] 26/9 27/18 27/20 27/25 32/22 33/1 33/3
inconsistent [2] 31/10 31/11
inconvenience [2] 9/9 41/6
indicate [2] 14/22 30/25
indicated [2] 23/21 27/25
indication [2] 14/21 29/24
indicative [1] 15/15
individual [2] 4/15 12/3
INDUSTRIES [1] 1/7 40/18
infections [1] 17/1
inflammatory [1] 36/19
information [5] 28/4 28/7 28/7 28/16 28/17
initial [1] 42/24
injections [4] 21/15 21/16 21/18 21/19
injured [4] 10/5 16/21 29/10 34/22
injuries [6] 6/12 15/7 17/6 19/5
injury [22] 6/14 9/7 10/11 10/23 10/23 11/6 16/8 17/19 18/7 18/21 21/10 22/20 22/22 22/22 24/5 24/6 24/8 26/15 28/21 28/21 28/22 34/11
instruction [3] 2/6 36/11 38/17
instructions [17] 2/7 3/6 6/21 7/1 8/3 8/14 8/17 8/18 12/14 21/3 24/14 30/25 31/11 31/12 33/7 35/18 37/12
instructs [1] 31/13
insurance [4] 9/24 9/25 31/3 31/4
interesting [2] 27/17 29/18
interfered [1] 25/25
interrupts [1] 7/2
into [10] 3/3 3/6 10/6 13/24 33/22 38/15 38/18 38/19 39/14 44/3
introduced [1] 44/3

**I**

Ira [5] 5/21 6/16 20/9 26/10 28/1
irritated [1] 16/21
is [108]
is $2,292,736 [1] 20/23
is $70,956 [1] 22/9
is $8.10 [1] 22/5
is failure [1] 16/17
isn't [2] 15/18 27/1
issue [9] 6/9 6/10 6/18 7/3 8/19 8/22 26/4 35/16 44/8
issues [3] 4/20 8/15 13/11
it [45] 4/18 5/1 5/1 11/5 11/11 11/12 11/23 12/16 12/17 12/20 13/18 13/24 13/25 14/19 14/22 15/1 15/5 15/25 16/5 16/18 16/22 18/6 18/23 19/10 20/13 22/6 27/3 27/8 28/12 29/7 29/20 32/3 33/10 34/4 35/4 35/4 36/12 38/1 38/17 38/22 39/7 39/25 41/9 41/10 45/13
it's [27] 4/13 5/2 5/17 11/11 12/25 12/25 13/11 15/15 15/16 15/20 20/1 20/2 22/10 24/3 28/9 29/14 29/18 31/10 31/11 32/21 33/7 33/8 34/10 36/24 38/14 38/14 38/15
it's 177,000 [1] 20/2
items [2] 28/11 31/10
its [1] 10/15

**J**

Jacob [5] 39/23 42/20 43/2 44/2 44/17
Jeffrey [1] 1/22
job [9] 6/12 22/14 22/25 23/1 23/2 30/15 31/25 32/1 32/2
joint [7] 17/10 17/16 17/16 17/17 18/18 18/19 28/21
joints [1] 17/9
JR [1] 1/12
JUDGE [6] 1/12 3/5 31/13 40/17 41/14 44/19
judgment [1] 9/20
July [3] 33/14 35/12 46/15
juncture [1] 26/6
JUNE [4] 1/3 12/5 41/9 46/9
June 30th [1] 12/5
juries [1] 35/10
juror [13] 12/6 35/18 40/14 41/16 41/19 41/21 41/23 41/25 42/2 42/4 42/6 42/8 42/10
jurors [8] 25/24 36/16

38/1 42/12 42/16 42/16 43/4 43/24
jury [44] 1/11 1/13 2/6 2/7 2/12 3/1 3/6 4/14 6/18 6/21 7/3 8/3 8/5 8/9 8/12 11/13 13/2 14/7 21/3 23/16 24/14 30/15 30/25 33/6 35/14 35/18 36/1 36/6 36/6 37/8 38/5 38/11 38/22 38/25 39/9 40/5 40/7 40/9 40/21 41/13 41/15 42/14 43/16 43/25
just [23] 3/8 3/11 5/5 5/11 8/21 9/13 12/2 12/15 13/11 14/5 15/18 15/19 15/19 25/10 28/19 32/21 33/7 35/9 35/10 36/3 36/23 41/15 42/20
justice [7] 13/7 25/13 25/14 25/14 25/15 25/15 26/3
justified [1] 15/18

**K**

Kaulas [5] 1/19 2/9 25/23 32/25 37/10
keep [2] 30/8 30/8
keeps [1] 28/10
Kenneth [1] 1/16
kept [1] 30/6
killed [1] 5/7
kind [4] 22/11 30/23 31/19 37/8
Kingdom [3] 9/18 9/19 24/17
knocked [1] 5/1
know [16] 3/21 6/18 7/4 11/11 12/25 13/12 17/19 19/5 22/7 30/9 33/2 33/3 33/4 37/10 37/18 43/4
knows [1] 37/9

**L**

ladder [10] 15/24 17/20 22/15 26/7 26/10 26/12 27/1 27/5 27/5 27/15 45/7
ladders [1] 44/6
Ladies [1] 12/20
laryngeal [1] 17/6
LaSalle [1] 1/20
last [4] 5/7 12/8 21/4 38/2
late [2] 27/8 42/18
latent [1] 10/24
later [2] 12/2 30/20
lateral [1] 17/15
Lauderdale [1] 1/18 1/24
lavalier [1] 12/22
law [7] 1/16 8/15 23/23 23/24 23/24 31/11 31/12
leaks [1] 17/2
leave [4] 38/2 43/8 43/23 44/22

left [1] 6/8
length [1] 10/11
lesion [1] 15/16
less [2] 17/1 27/24
let [4] 32/13 32/14 32/16 36/12
let's [5] 8/2 24/2 25/1 37/25 40/4
LEWIS [1] 1/23
liability [5] 3/10 7/19 8/23 13/11 26/5
liberal [1] 34/15
life [27] 3/16 4/11 4/12 4/20 9/10 10/6 10/12 19/15 21/9 21/9 21/20 21/21 21/22 21/25 22/23 22/24 26/22 32/23 33/23 38/11 38/14 39/1 39/3 39/10 39/12 39/18 41/7
life-threatening [1] 26/22
lifting [1] 32/2
light [2] 9/13 32/6
light-duty [1] 32/6
like [19] 3/5 8/15 13/13 16/15 16/15 22/11 22/19 23/17 24/3 25/13 25/14 25/14 25/15 25/20 27/19 34/16 35/9 35/10 38/2
likely [1] 19/17
line [2] 20/20 20/21
list [2] 42/21 42/21
listen [1] 8/21
little [3] 6/9 14/22 17/11
live [2] 10/8 33/16
lives [2] 33/15 33/16
LLC [1] 1/20
LLP [1] 1/23
long [4] 10/7 22/25 33/16 44/25
longer [1] 16/20
longevity [1] 16/17
look [4] 19/4 19/5 20/4 20/4
looked [1] 19/10
looking [2] 20/3 36/10
lose [1] 26/11
loss [18] 2/5 3/15 3/18 4/7 4/9 4/14 6/14 7/3 9/10 9/14 10/14 11/16 11/19 20/23 26/9 40/24 41/2 41/7
losses [4] 10/20 19/14 19/22 31/21
lost [9] 5/9 5/10 9/14 20/13 20/19 25/21 27/16 33/11 33/12
lot [2] 23/14 23/15
low [1] 23/9

**M**

M.D [2] 13/20 14/12
machine [1] 46/8
made [2] 2/3 3/11 19/25 22/15 26/4 27/22 37/2

made $38,000 [1] 19/25
magic [1] 24/21
make [32] 3/5 4/24 6/13 9/17 11/2 11/5 12/2 12/25 13/14 19/21 20/13 24/20 24/21 24/25 30/18 30/22 32/13 35/22 36/14 37/5 37/7 37/8 37/25 38/6 39/25 40/1 43/6 43/15 44/2 44/6 44/17 45/14
makes [1] 32/22
making [3] 3/13 22/13 33/1
man [4] 4/7 18/7 19/6 25/2
man's [1] 25/5
many [1] 30/6
math [1] 23/11
matter [1] 26/16
may [16] 7/8 8/13 10/5 10/7 10/8 10/9 12/13 12/20 14/22 16/18 16/22 16/23 19/17 39/7 45/7
MCVEY [1] 1/20
me [10] 5/16 8/20 8/21 11/3 17/20 25/14 29/5 36/12 41/12 41/15
mean [7] 5/5 5/25 14/8 15/14 21/1 33/21 41/12
measure [6] 24/17 24/19 25/12 25/16 25/19 34/7
measuring [1] 9/12
medical [31] 4/6 6/4 9/5 9/24 10/14 11/17 11/20 15/3 15/22 16/2 16/7 17/23 18/3 18/8 19/18 20/21 20/24 21/1 24/22 24/24 24/24 26/20 26/20 29/4 29/24 30/17 31/2 33/12 33/13 40/25 41/3
medicals [2] 21/1 25/21
medication [2] 29/6 29/15
medications [2] 22/23 29/12
meds [2] 21/20 22/24
meet [2] 19/18 23/21
Members [2] 8/12 30/15 35/14 38/25 39/9 41/15 42/14
memories [1] 38/16
memory [1] 16/22
mental [2] 9/9 41/5
mentioned [1] 46/9
met [2] 23/25 24/13
metal [1] 45/8
Metrorail [1] 43/17
MIAMI [2] 1/2 46/14
midpoint [1] 20/12
might [1] 27/17
million [2] 23/16 23/17
mind [1] 9/12
mine [1] 12/15

minimum [5] 19/15 22/4 22/4 22/25 23/8
minutes [4] 7/19 7/19 13/13 30/4
mistrial [3] 2/11 37/22 37/23
modify [1] 28/16
MOISES [15] 1/3 7/6 8/24 9/17 9/18 9/23 10/5 10/7 10/20 11/1 11/8 16/8 31/1 31/6 40/18
moment [1] 36/3
moments [1] 28/8
money [28] 4/23 4/24 4/24 6/13 8/25 9/15 10/14 10/15 10/16 10/17 10/18 19/13 19/21 20/24 20/25 21/2 22/13 23/14 23/15 26/11 26/11 27/22 27/23 27/24 29/23 31/10 33/3 33/20
month [3] 21/16 21/17 21/22
more [3] 16/21 16/25 25/19
Morris [7] 3/16 5/21 6/16 20/9 26/10 26/11 28/1
mortality [2] 10/6 10/8
Moses [1] 7/6
motion [5] 2/5 2/11 3/5 3/13 36/14
motions [2] 2/3 3/11
motivation [1] 35/2
move [1] 30/13
moving [2] 37/22 37/23
Mowers [5] 1/22 2/4 35/8 36/9 36/9
Mr [28] 1/15 1/16 1/19 1/22 2/4 2/8 2/9 2/10 10/2 13/21 14/1 14/7 14/13 15/2 15/13 15/21 16/1 16/6 16/11 16/14 17/4 17/12 17/22 18/2 18/7 18/14 18/20 18/24 29/1 29/3 29/7 29/17 29/25 30/5 31/23 32/25 33/2 33/16 35/8 36/9 36/9 37/10
Mr. [43] 3/16 3/17 4/17 5/6 12/9 16/4 16/15 18/20 19/20 19/23 21/14 22/5 23/2 23/4 24/15 24/16 24/20 25/12 25/23 26/7 26/10 26/11 26/13 27/13 27/18 27/23 28/8 28/23 29/1 29/3 29/7 29/17 29/25 30/5 31/23 32/25 33/2 33/16 35/8 36/9 36/9 37/10
Mr. Coffey [4] 4/17 12/9 30/5
Mr. Coffey's [1] 36/17
Mr. Kaulas [3] 25/23 32/25 37/10
Mr. Morris [3] 3/16 26/10
Mr. Mowers [3] 35/8 36/9 36/9

**M**

Mr. Ore [22]  5/6 16/4
16/15 18/20 19/20
19/23 21/14 22/5 23/2
24/15 24/16 24/20
25/12 26/11 26/13
27/18 27/23 29/17
29/25 33/2 33/16
Mr. Ore's [8]  23/4 26/7
27/13 28/8 28/23 29/1
29/7 31/23
Mr. Padron [1]  3/17
MRI [1]  19/9
Ms. [1]  43/20
Ms. Davis [1]  43/20
much [8]  7/22 12/19
20/17 26/3 35/11 42/23
44/7 44/14
multiple [2]  22/20 22/21
multiplied [1]  20/6
multiply [1]  19/25
must [3]  8/23 39/2
39/12
my [9]  6/7 12/14 12/23
12/24 16/24 24/4 31/18
46/11 46/14

**N**

N.E [1]  1/17
narrowed [1]  17/10
nature [1]  15/5
necessarily [3]  5/20 9/5
39/21
necessary [3]  10/1 31/5
33/6
neck [10]  14/2 14/8
21/11 21/15 21/16
21/23 22/22 24/9 33/22
34/2
need [5]  16/3 18/9
18/11 39/7 44/7
needed [1]  10/18
needs [1]  34/13
negligence [2]  9/17
9/21
negligent [1]  9/19
nerve [2]  16/21 17/6
net [1]  27/23
Neurologist [1]  21/22
neuropsychological [1]
21/11
never [8]  4/25 8/5 19/9
19/12 22/19 23/6 23/6
23/6
new [4]  7/10 7/13 18/11
44/5
newspaper [1]  22/11
next [3]  11/18 42/19
44/5
no [34]  1/2 2/18 4/6
4/15 9/11 14/10 23/1
23/1 24/5 25/14 25/15
26/13 27/14 27/16
27/16 28/11 28/25 29/3
33/3 34/12 35/6 39/5
39/16 40/14 41/17
41/19 41/21 41/23

41/25 42/2 42/4 42/6
42/8 42/10
No. [4]  11/16 11/17
11/19 11/20
No. 1 [2]  11/16 11/19
No. 2 [2]  11/17 11/20
NOEMI [1]  1/3
non [4]  11/25 12/1 41/4
41/8
non-economic [4]  11/25
12/1 41/4 41/8
none [1]  26/25
Nope [1]  32/11
nor [1]  15/1
normal [1]  17/9
not [58]
note [5]  2/12 29/18
38/10 40/5 40/11
notes [4]  14/8 20/10
35/19 46/11
nothing [1]  27/5
noticed [1]  27/17
now [22]  3/13 3/21 6/6
8/19 8/23 10/18 13/11
15/16 19/3 19/20 21/8
22/10 23/11 23/14 24/2
24/14 26/18 31/23
32/12 36/10 42/14 43/4
number [10]  11/9 12/6
20/8 20/8 20/11 20/17
20/25 23/16 23/17
41/16
numbers [5]  3/18 20/18
21/2 33/11 33/13
numbness [2]  16/20
21/12
nursing [1]  34/12

**O**

object [1]  7/1
objected [1]  37/21
objection [12]  3/2 22/16
25/7 30/1 30/13 32/15
33/24 34/17 37/21 39/5
39/16 39/22
objections [5]  6/25
36/25 37/6 39/4 39/15
objective [1]  16/19
obligations [1]  42/16
obliterates [1]  14/20
obliterating [1]  14/18
obtained [2]  9/5 9/6
obviously [2]  15/16
29/10
occur [1]  19/17
occurred [2]  19/22 29/4
of $19,000 [1]  4/22
off [5]  23/6 26/9 26/12
27/15 42/20
OFFERED [1]  2/18
officer [2]  40/13 43/18
offset [1]  30/20
often [1]  17/1
Oh [1]  23/3
okay [26]  3/7 5/9 5/15
6/20 7/4 7/14 7/16 8/2
12/16 13/18 15/21 16/6
19/2 24/19 25/11 25/12

30/6 30/19 30/19 31/16
34/7 39/19 44/16 45/2
45/5 45/10
old [2]  28/22 29/2
older [1]  34/8
on [52]
once [8]  8/20 10/1 11/9
12/4 12/7 21/16 35/21
35/24
one [18]  7/20 11/22
19/16 19/16 21/22 24/6
24/6 24/22 26/8 29/19
30/20 31/17 33/20
33/20 34/11 34/12
42/25 45/6
one-week [1]  7/20
ones [1]  44/10
only [9]  3/11 7/16 8/13
10/15 11/3 11/3 14/18
19/14 34/10
open [2]  22/11 36/15
opinion [10]  14/14 15/2
15/21 16/1 16/6 17/22
18/2 19/19 27/3 27/8
opinions [7]  24/7 28/6
28/14 28/16 28/17
34/24 35/9
oppose [1]  7/2
opposed [1]  4/18
opposite [1]  13/8
or [46]  7/1 9/5 9/6 9/8
9/9 9/11 9/18 9/24 9/25
10/14 10/24 10/24
10/25 11/2 11/5 11/21
11/23 15/3 15/19 15/19
15/22 16/2 16/7 16/19
17/5 17/23 18/3 18/15
23/23 25/10 25/13
26/14 28/14 28/19
29/22 30/18 31/3 31/4
31/20 33/2 33/18 34/9
34/15 41/6 41/17 43/17
Ordinarily [1]  42/16
ORE [37]  1/3 1/3 5/6
8/24 9/17 9/18 9/23
10/2 10/5 10/7 10/20
11/8 16/4 16/8 16/15
18/20 19/20 19/23
21/14 22/5 23/2 24/15
24/16 24/20 25/12
26/11 26/13 27/18
27/23 29/3 29/17 29/25
31/2 31/6 33/2 33/16
40/18
Ore's [9]  11/1 23/4 26/7
27/13 28/8 28/23 29/1
29/7 31/23
original [3]  11/10 11/11
35/17
Oscar [2]  20/15 20/17
other [13]  8/15 8/17
9/24 10/1 10/9 13/2
15/6 24/5 26/18 27/4
31/3 31/5 37/19
other's [1]  24/4
otherwise [2]  9/23 31/2
our [10]  4/25 5/20
23/21 23/25 24/13 35/6

36/22 37/9 43/10 44/24
out [9]  6/12 7/10 8/4
8/6 20/12 30/11 30/20
43/3 44/6
outside [2]  36/16 36/19
over [9]  13/2 14/2 24/3
24/5 28/11 28/11 35/25
36/18 43/5
overpaid [1]  32/1
overrule [2]  3/2 39/22
Overruled [1]  25/8
own [2]  29/8 38/16

**P**

p.m [7]  1/4 3/1 38/8
38/8 40/3 40/3 45/15
Padron [2]  3/17 20/16
Padron's [1]  20/18
pages [2]  1/9 46/13
pages 1 [1]  46/13
paid [6]  27/23 29/20
30/22 31/9 35/5 42/23
pain [18]  9/8 16/19 21/4
21/12 21/20 22/2 22/3
22/6 22/6 22/10 22/12
22/22 22/24 23/10
25/22 33/13 34/13 41/4
paper [1]  19/12
paralysis [1]  17/2
paresthesia [1]  16/20
PARSKY [1]  1/20
part [4]  4/24 13/24
24/18 37/14
partial [1]  13/10
particular [1]  14/9
particularly [1]  16/17
partly [1]  24/15
Pasarin [11]  14/12
14/15 15/5 15/15 15/25
16/5 16/10 16/13 16/16
17/5 34/3
past [20]  4/10 5/10 9/6
9/11 9/14 11/5 11/25
20/19 20/22 21/6 21/7
21/10 23/12 23/22
25/21 30/22 33/11
33/12 40/23 41/4
patient [3]  16/15 17/19
17/24
patient's [2]  14/3 15/6
pattern [1]  15/7
Paul [1]  1/19
pause [5]  13/16 13/16
13/16 38/24 39/8
paused [1]  13/17
pay [3]  33/3 37/12
37/13
paying [1]  37/13
payments [4]  9/24 10/3
31/3 31/7
pays [3]  22/25 27/20
27/20
penny [4]  19/16 19/16
24/22 34/12
people [7]  5/22 6/5 13/2
34/22 34/22 34/24
34/25
per [2]  21/16 21/18

percent [11]  5/21 13/22
13/23 13/25 16/24 20/1
23/21 23/22 23/23
24/16 24/16
percentage [1]  9/21
performed [1]  18/4
period [4]  21/5 21/6
42/17 44/4
periods [1]  21/5
permanent [2]  16/8
18/7 24/5 24/5 24/8
24/12 28/9 32/2
permanently [2]  10/5
29/10
person [2]  23/1 23/2
personal [1]  43/15
phase [1]  24/19
phones [2]  35/21 35/25
photograph [1]  45/7
photographs [1]  19/4
physical [8]  9/8 10/10
10/24 10/25 21/25 41/5
41/6 45/7
physician [2]  26/16 29/9
physician's [1]  27/14
pick [1]  34/15
picked [2]  13/1 23/15
34/16
piece [3]  17/14 17/16
45/6
place [1]  24/3
plaintiff [13]  1/15 3/21
8/24 12/7 23/22 23/25
26/9 30/11 30/12 31/4
38/10 39/5 40/18
plaintiff's [2]  3/14 38/12
Plaintiffs [1]  1/4
plan [11]  4/25 19/15
22/1 38/15 39/1 39/3
39/10 39/12 39/13
39/14 39/18
planner [4]  3/16 4/11
4/20 32/24
planning [1]  38/11
played [3]  13/19 34/3
34/4
players [1]  34/16
playing [1]  37/7
plays [1]  13/15
please [15]  8/1 8/10
12/11 12/14 12/20 14/3
19/3 40/7 40/10 40/12
40/15 41/11 41/12
41/16 44/15
plenty [2]  6/4 7/21
plus [5]  17/16 19/24
20/7 31/24 31/25
point [5]  3/14 36/21
36/21 37/5 43/23
poisoned [1]  37/9
police [1]  13/4
poll [1]  41/12
portion [1]  11/1
position [1]  4/7
positive [2]  15/10 15/13
possibility [1]  16/22
possibly [1]  42/19
post [1]  20/11

{CASENUM}   {WITNESSNAME}   {DATE}

**P**

post-accident [1] 20/11
potentially [2] 26/22 34/2
pre [1] 20/10
pre-accident [1] 20/10
prejudice [3] 30/10 30/11 30/12
prejudicing [1] 36/22
preponderance [4] 9/1 11/14 23/19 40/22
presence [1] 36/16
present [14] 3/1 8/9 10/15 10/16 10/17 20/24 20/25 21/2 31/14 32/14 32/18 40/9 43/25 46/8
presented [1] 26/10
prevail [1] 24/1
prevails [1] 23/22
previously [2] 2/3 3/11
privileges [1] 43/5
probability [8] 15/3 15/22 16/2 16/7 17/23 18/3 18/8 19/18
probable [1] 10/11
probably [3] 4/24 33/16 38/14
problem [3] 14/5 24/6 24/6
problems [3] 14/2 27/5 29/4
procedures [1] 24/23
proceedings [3] 1/11 45/15 46/8
promise [1] 13/12
proof [6] 8/16 12/8 23/21 23/24 23/25 24/13
proposed [1] 6/21
proud [1] 25/2
proven [1] 25/20
provided [3] 28/16 29/5 29/25
Psychiatric [1] 21/24
psychological [3] 21/21 25/1 42/22
psychologically [1] 34/6
publish [2] 40/15 41/11
pull [1] 36/23
purposes [2] 3/9 3/11
pushing [1] 14/19
put [13] 4/19 11/22 11/23 12/5 13/9 13/24 19/7 19/15 26/15 32/23 32/23 33/11 38/17

**Q**

quarter [1] 19/25
quench [1] 25/17
question [5] 26/13 26/18 28/25 29/3 35/19
questioning [1] 13/20 14/11 17/7
questions [1] 26/17
quick [1] 44/19
quote [1] 32/7

**R**

raise [2] 28/19 33/9
rating [1] 24/12
ray [1] 17/25
razing [1] 28/21
reached [2] 40/6 40/12
read [7] 8/3 8/20 10/6 19/11 24/7 32/10 41/15
reading [2] 2/7 14/7
reads [1] 22/13
ready [2] 35/24 38/1
really [4] 13/11 36/21 36/21 36/22
reason [3] 17/21 31/9 43/8
reasonable [15] 9/4 15/3 15/22 16/2 16/7 17/23 18/3 18/8 18/21 23/1 23/2 25/11 29/14 29/16 29/20
reasonably [1] 9/5
rebuttal [1] 7/23
receive [1] 28/18
received [7] 6/20 9/25 28/4 28/7 28/7 31/4 40/11
recess [5] 38/4 38/8 39/24 40/3 44/16
recognize [1] 34/22
recollection [1] 39/3
recommended [1] 16/11
record [4] 3/9 3/10 36/17 40/4
records [1] 24/7
recurrent [1] 17/6
red [1] 31/17
reduce [6] 9/20 9/22 10/1 24/14 31/1 31/5
reduced [4] 10/15 20/24 21/2 27/22
reduces [1] 27/20
reducing [1] 33/5
reduction [1] 9/17
refer [1] 8/13
reflex [1] 15/11
reflexes [1] 15/10
regard [1] 30/18
regarding [1] 26/4
regardless [2] 28/4 28/5
relate [1] 8/18
related [8] 4/3 6/11 15/4 15/9 15/20 15/23 16/3 26/25
relating [1] 39/13
relationship [2] 27/14 35/6
relevance [1] 27/16
relied [1] 43/6
rely [8] 8/14 38/16 39/2 39/7 39/7 39/12 39/20
relying [1] 5/24
remain [1] 42/21
remember [7] 13/1 20/9 31/23 33/1 33/14 35/19 44/3
remind [1] 8/12
remove [1] 18/13
removed [1] 19/19
removed $19,000 [1] 19/19
rendered [1] 3/22
RENEWAL [1] 2/3
renewing [1] 3/11
repeatedly [1] 37/7
replace [1] 18/11
report [5] 19/11 20/15 38/15 39/1 39/10
reported [2] 18/22 46/8
Reporter [2] 46/6 46/19
reports [3] 4/22 19/12 38/18
representative [1] 23/4
requested [1] 7/17
Requesting [1] 38/11
requiring [2] 22/20 22/21
reserve [2] 6/17 7/22
reserved [1] 8/1
residual [4] 4/21 6/15 19/19 20/11
respect [1] 3/14
response [2] 38/12 38/21
rest [3] 4/12 33/15 33/23
restrictions [1] 32/3
result [7] 16/9 17/17 26/1 26/7 26/9 26/12 29/10
resulted [2] 10/23 11/1
resulting [2] 9/8 11/4
results [1] 6/6
retained [1] 28/6
retire [1] 36/3
retired [1] 36/6
return [2] 29/8 29/9
returning [1] 27/9
returns [2] 27/18 27/25
reviewed [1] 6/20
rid [2] 7/7 16/18
right [47]
rights [1] 43/5
rise [2] 36/5 38/6 43/24
risk [2] 16/16 18/14
risks [2] 16/14 16/25
RMR [1] 46/18
ROBERT [1] 1/12
Roll [2] 13/14 13/18
room [3] 36/1 36/6 43/16
Rule [1] 30/1
rules [3] 8/16 43/10 44/5
ruling [1] 6/17

**S**

S.E [1] 1/23
sacrifice [1] 12/25
said [13] 5/9 5/22 6/1 7/24 8/6 11/5 19/8 19/9 29/9 32/12 35/8 37/19 37/21
same [2] 28/11 30/21
Samuel [1] 1/15

saw [5] 17/24 19/12 24/11 28/22 42/23
say [8] 5/24 5/24 6/1 19/13 32/5 39/17 39/20 41/9
saying [3] 5/15 5/24 34/13
says [5] 11/13 24/14 32/4 32/7 32/20
scales [2] 23/19 24/1
scenario [1] 29/21
science [1] 24/23
scientific [1] 19/18
SCOLA [2] 1/2 1/12
score [1] 30/8
screen [2] 20/4 20/4
screening [1] 42/22
seated [4] 8/10 38/9 40/11 44/1
second [4] 13/16 14/24 20/21 42/15
secondly [1] 44/24
security [2] 40/13 43/18
see [13] 6/7 6/18 13/14 14/16 15/13 17/10 17/15 19/9 20/3 22/12 24/6 27/21 33/16
seeing [1] 17/13
seem [1] 29/20
seems [1] 15/8
seen [1] 13/7
sees [2] 24/6 28/12
seizure [1] 31/20
seizures [13] 3/22 4/1 4/3 4/5 4/8 4/13 4/23 26/18 27/4 30/7 30/10 31/17 31/18
send [2] 22/14 38/1
series [3] 26/14 26/15 26/17
serious [3] 16/25 26/19 43/7
service [2] 43/9 43/19
set [3] 8/14 35/18 46/14
settle [1] 13/6
seven [1] 30/4
severe [1] 6/19
shall [1] 9/2
shape [1] 29/21
shenanigans [1] 36/23
shoes [1] 24/5
shorthand [3] 46/5 46/8 46/19
shortly [1] 13/15
shot [1] 13/4
should [20] 8/13 8/13 8/25 9/12 9/16 9/22 10/15 10/16 10/25 11/3 11/3 11/7 11/23 14/7 23/7 24/1 28/15 31/1 39/6 43/14
shoulder [8] 14/5 15/7 15/19 21/10 22/20 22/21 24/9 28/21
shouldn't [5] 24/17 31/9 32/12 32/20 38/22
showed [1] 19/24
shown [2] 4/21 27/18

shows [4] 9/1 9/25 10/4 31/3
side [4] 6/20 6/25 7/18 35/7
sides [2] 13/8 13/9
sign [1] 12/5
signed [1] 41/10
significance [1] 17/12
significant [4] 14/13 14/17 15/1 15/6
simple [1] 23/11
simply [2] 26/13 28/15
since [3] 3/9 23/7 26/19
sincerely [2] 12/21 12/23
single [1] 33/17
sir [2] 40/8 44/20
sit [1] 6/8
six [1] 13/13
sleep [2] 22/6 22/7
slightly [2] 23/20 24/1
slips [1] 27/21
small [1] 43/1
smaller [2] 14/24 16/25
SMITH [1] 1/23
so [40] 6/14 7/18 7/19 9/6 11/11 11/21 13/12 14/15 14/19 19/20 20/12 20/17 21/2 22/7 22/8 22/18 23/7 23/12 23/20 23/24 24/1 24/12 25/18 32/25 33/7 33/9 33/20 34/21 35/5 35/11 36/3 37/15 38/1 39/20 39/22 41/9 42/18 42/18 44/13 44/16
solely [1] 29/17
somatic [1] 21/13
some [8] 6/19 9/25 28/19 28/20 31/5 33/1 35/8 42/21
somebody [3] 28/12 37/13 37/21
someone [2] 13/3 43/14
something [4] 37/19 44/7 44/11 44/14
sometimes [1] 18/12
sorry [1] 20/5
sort [1] 14/5
source [2] 10/1 31/5
SOUTHERN [1] 1/1 46/2 46/7
specialist [1] 22/12
specifically [6] 3/14 3/25 4/2 4/4 8/18 14/4
speech [1] 6/10
spelled [1] 7/6
spending [1] 43/20
spinal [10] 14/18 14/19 14/20 14/21 14/23 15/1 15/11 15/15 16/21 34/13
spine [2] 14/16 16/9
spur [1] 17/17
ss [1] 46/1
staff's [1] 45/11
stand [1] 20/9
standard [2] 9/12 38/17

## S

standpoint [1] 36/22
start [2] 35/23 35/24
started [1] 3/9
state [1] 22/4
STATES [4] 1/1 1/12
46/1 46/6
stenographic [1] 46/11
stepping [1] 24/4
still [4] 3/25 5/7 5/10
6/15
stimulator [1] 34/13
stop [1] 18/25
stopped [2] 19/1 32/8
store [2] 21/15 32/6
Street [3] 1/17 1/20
1/23
strike [1] 30/13
strikes [1] 31/14
stroke [17] 4/10 5/12
5/20 6/5 6/6 19/16
19/20 19/21 19/22
26/14 29/7 29/11 31/20
32/8 32/9 32/10 32/13
strokes [15] 3/21 4/1
4/3 4/5 4/8 4/23 4/23
5/22 26/14 26/18 27/4
30/7 30/10 31/17 31/18
strongly [1] 7/2
struck [1] 28/23
style [1] 11/12
subjective [1] 16/18
subparts [1] 11/10
substantial [1] 5/19
substantially [1] 6/14
substituted [1] 5/8
successful [1] 16/22
such [4] 9/2 9/12 31/7
43/6
suffered [5] 3/21 4/7
11/7 26/14 29/3
suffering [1] 9/8 21/4
22/2 22/3 22/10 22/12
23/10 25/22 33/13 41/4
sufficiency [1] 4/19
suggest [4] 23/9 28/1
28/12 31/8
suggested [2] 38/12
38/20
suggestion [1] 28/14
suggestive [1] 15/11
Suite [3] 1/17 1/21 1/24
sum [2] 10/18 10/19
summarize [1] 24/2
support [3] 4/6 24/9
27/16
supported [1] 5/2
supposed [5] 24/18
25/19 30/17 31/16
38/18
Supreme [1] 13/4
sure [8] 13/14 17/4
37/25 38/6 38/13 43/15
44/2 44/17
surgeries [3] 21/11
22/21 22/21
surgery [15] 16/3 16/12

16/15 16/23 18/4 18/9
18/11 18/16 18/18
21/11 21/23 22/20
24/10 33/22 34/2
sustain [1] 18/7
sustained [1] 9/7 16/8
19/6 22/17 30/2 32/17
33/25 34/18 36/25 37/6
37/21
switches [2] 14/11 17/7
sympathy [1] 31/19
symptomatology [2]
15/18 16/19
symptomology [1]
16/18
system [4] 13/7 26/3
34/20 35/6

## T

tables [2] 10/6 10/8
tablets [1] 35/22
take [12] 5/6 13/23 14/7
19/4 22/22 23/1 23/2
35/17 35/21 42/20
43/17 44/2
taken [2] 20/12 25/5
takes [2] 20/16 27/24
taking [1] 22/24
talk [5] 25/1 30/9 36/19
36/19 43/9
talked [4] 13/2 23/16
23/18 23/19
talking [5] 5/4 30/16
37/10 37/13 38/14
tax [6] 27/18 27/25
32/22 33/2 33/3 33/7
taxes [5] 27/20 27/20
27/23 37/13 37/14
team [1] 12/24
tell [4] 14/1 19/12 33/17
42/20
tells [1] 31/14
terms [2] 29/12 30/7
terrible [1] 25/2
test [1] 15/14
testified [10] 3/17 4/2
4/4 5/22 25/3 28/4 29/8
29/20 32/9 34/3
testify [1] 35/2
testimony [12] 3/15
4/19 6/15 27/14 28/19
28/20 29/1 29/16 39/3
39/13 39/21 42/23
than [2] 27/24 37/9
thank [21] 3/4 5/3 12/16
12/19 12/21 12/23 19/2
25/22 25/24 26/3 30/3
35/11 35/13 36/13 38/9
43/19 43/20 44/1 45/10
45/10 45/12
that [171]
that $19,000 [1] 19/20
that 18,705 [1] 20/17
that's [36] 5/14 5/15 6/8
8/6 13/6 14/25 17/15
17/20 18/6 21/1 21/9
21/16 22/1 22/8 22/15
23/14 23/14 23/24

24/18 25/17 26/5 27/2
27/7 27/10 29/16 29/16
31/10 31/21 32/20
33/22 34/2 34/3 37/6
37/14 38/1 38/7
the $125,000 [2] 4/22
4/25
the $200,799.20 [1]
20/21
The 125,000 [1] 20/16
the voice [1] 17/6
their [10] 4/11 12/5
13/9 24/7 28/6 28/14
28/16 34/23 36/6 38/16
them [12] 8/4 8/5 8/6
9/21 13/13 13/14 23/7
32/20 34/24 39/23
39/24 39/25
then [14] 3/10 11/2
11/6 11/15 11/22 11/25
12/24 16/25 20/13 20/13
24/1 35/24 42/20 42/22
therapy [1] 21/25
there [23] 4/21 6/12
6/12 9/11 11/21 11/23
12/4 14/21 14/24 17/13
17/14 19/13 19/16
20/14 21/7 24/10 24/20
26/13 30/19 32/12
35/17 36/1 36/2
there's [25] 4/6 4/9 6/4
7/5 11/15 11/25 14/17
16/25 17/15 18/12 21/5
21/5 21/8 22/7 23/11
23/12 28/25 29/3 30/18
33/3 34/11 36/20 37/5
37/16 45/9
therefore [3] 4/6 39/2
39/11
these [21] 3/18 4/1 4/20
8/18 10/16 10/20 12/8
17/9 19/5 20/10 21/13
26/18 26/25 31/10 34/9
34/14 34/15 35/8 35/9
43/7 43/7
they [48]
they'll [1] 34/23
they're [13] 19/5 19/17
25/10 26/22 28/15
34/10 34/15 34/23 37/4
37/6 37/20 38/13 44/10
thing [2] 30/21 35/13
things [6] 13/6 13/7
21/13 34/5 34/9 44/19
think [29] 4/18 4/19
4/20 11/23 18/17 22/3
22/3 22/10 23/9 23/25
24/12 24/20 25/9 25/10
25/10 29/14 29/16
33/10 34/6 34/9 34/10
35/2 38/15 38/16 38/17
38/18 39/20 44/10 45/9
thinking [1] 25/18
third [1] 25/18
this [66]
those [16] 7/15 7/16
8/17 10/3 11/4 11/22
12/3 19/4 21/19 27/21

27/25 29/13 30/23 34/5
37/8 44/4
though [2] 32/11 37/16
thought [1] 7/7
threatening [1] 26/22
three [1] 21/18
threw [1] 20/6
through [8] 1/9 13/7
18/15 18/17 19/4 25/5
26/10 35/5
throw [1] 20/1
Thus [3] 27/15 27/23
27/25
time [23] 4/1 4/10 7/22
12/10 12/24 14/3 19/4
21/5 21/6 21/8 21/22
25/22 27/11 33/20 35/8
35/11 35/15 38/2 44/5
44/7 44/14 45/11 45/11
times [6] 21/16 21/18
21/18 22/9 30/6 37/5
times $8.10 [1] 22/9
tingling [1] 16/20
tip [1] 24/1
tipped [1] 23/20
Tire [3] 9/18 9/19 24/16
to 106 [1] 5/1
today [1] 3/23 3/24 27/3
33/20
today's [1] 12/4
toe [4] 13/23 21/11
22/21 24/12
together [2] 10/9 10/18
token [1] 43/1
told [6] 16/4 17/20 26/2
39/6
ton [1] 13/12
tonight [1] 44/21
too [1] 23/9
took [4] 4/25 19/20 20/5
29/5 29/13 31/24 32/2
32/3
top [3] 17/16 22/14
36/18
total [4] 7/20 9/16 9/20
12/1
totality [1] 29/1
totally [1] 37/4
touch [1] 26/8
tough [2] 34/10 34/11
towards [1] 22/2
Tracheal [1] 17/5
track [2] 30/6 30/8
transcript [3] 46/10
46/11 46/12
trauma [2] 14/23 17/17
treat [3] 18/4 32/9
32/10
treated [1] 28/10
treating [7] 3/23 3/25
14/4 14/5 27/14 29/8
29/15
treatment [7] 9/5 18/20
18/21 18/24 29/18
29/24 29/25
trial [32] 1/16 1/6 3/9
7/21 13/3 13/8 30/7
36/22 42/17 42/20

27/25 29/13 30/23 34/5
37/8 44/4
TRICAM [6] 1/7 23/3
23/3 23/5 25/10 40/18
true [2] 27/1 46/10
truly [1] 14/25
trying [2] 5/11 5/16
turn [1] 35/24
two [7] 21/5 21/10
21/18 23/4 33/13 42/17
44/19
two-week [1] 42/17
typo [1] 7/5

## U

ultimately [1] 24/8
unable [1] 3/22
unanimously [2] 11/13
40/21
under [3] 29/17 43/10
44/5
unfortunately [1] 26/14
UNITED [4] 1/1 1/12
46/1 46/6
Unless [1] 29/23
unrelated [1] 27/4
unsupported [1] 3/19
until [4] 4/10 21/8 38/4
39/24
up [12] 3/24 4/10 12/2
13/14 14/17 14/25 22/6
32/25 33/11 36/9 36/23
43/17
upon [12] 3/18 8/14
18/8 27/3 28/6 28/17
28/19 29/1 33/8 38/16
39/2 43/6
upper [2] 13/22 13/24
us [8] 13/1 14/1 31/13
31/14 32/13 32/14
43/18 43/21
USA [2] 1/8 40/19
use [5] 12/11 12/14
12/15 19/3 25/11
used [2] 20/7 20/10

## V

vacation [1] 23/6
value [5] 10/15 10/16
10/17 20/24 20/25
values [1] 21/2
Venezuela [2] 13/4 13/5
verdict [33] 2/4 2/5 2/13
3/12 3/13 6/21 7/2 8/7
10/17 11/9 11/12 12/6
13/10 13/10 20/20 21/4
35/17 37/14 40/6 40/12
40/12 40/16 40/20
41/12 41/16 41/17
41/18 41/19 42/13
42/15 42/15 42/24
44/21
version [1] 7/8
versus [4] 7/5 23/21
37/19 40/18
very [10] 3/24 12/19
12/25 13/1 26/3 28/11
35/11 37/20 43/1 43/7
VGA [1] 12/11

## V

video [7]  13/15 13/17 13/19 14/11 17/7 19/1 34/4
videos [1]  13/12
violation [1]  37/12
visits [4]  21/22 21/24 22/24 22/24
visualize [1]  5/11
vocational [1]  19/19
voice [1]  17/6
volume [1]  13/14

## W

wage [4]  20/13 22/4 22/4 22/25
wage, [1]  23/8
wage, $8.10 [1]  23/8
wages [10]  9/23 20/18 20/19 20/25 20/25 25/21 31/2 32/13 33/11 33/12
wages of [1]  20/19
waiting [1]  36/1
wakes [1]  22/6
wand [1]  24/21
want [23]  5/9 7/22 8/3 8/12 8/20 8/21 12/22 13/13 26/8 31/8 33/9 34/21 35/22 36/10 36/14 39/24 42/18 42/21 43/4 43/9 43/12 43/13 44/14
wanted [3]  3/8 23/23 28/19
war [1]  13/2
was [29]  3/10 3/25 4/21 4/25 6/1 6/15 9/21 14/5 18/4 18/21 18/23 18/24 20/9 20/10 20/12 20/12 24/20 25/3 26/16 27/8 27/9 27/19 28/22 29/2 29/4 34/19 37/10 37/12 46/7
wasn't [1]  14/4
watch [1]  13/13
watched [1]  13/12
water [3]  25/13 25/17 25/18
waved [1]  28/1
way [6]  5/6 13/6 29/21 35/2 43/2 45/9
Wayne [1]  1/16
we [66]
we'd [1]  24/21
we'll [8]  6/18 12/2 36/2 38/4 39/24 42/20 42/21 44/16
we're [12]  4/9 5/4 12/9 19/14 22/13 22/14 30/16 31/20 35/13 35/21 36/10 36/15
we've [5]  4/20 18/17 24/13 25/20 31/12
weakness [1]  17/2
Wednesday [1]  45/3
week [6]  5/7 7/20 42/17

42/18 42/19 44/5
weekend [3]  25/25 44/18 44/25
weigh [1]  35/3
weight [4]  4/18 10/4 23/18 35/4
Welcome [2]  8/11 40/10
well [15]  5/23 5/23 6/21 7/4 7/8 11/25 16/16 30/9 32/5 32/22 33/2 36/25 37/10 39/19 44/10
went [3]  23/4 31/25 34/19
were [14]  5/5 5/7 9/19 10/6 13/19 15/10 24/4 27/18 28/5 36/18 37/2 37/3 37/20 44/3
weren't [1]  24/10
what [31]  3/8 5/5 5/7 5/15 5/22 5/24 6/1 6/18 10/19 10/25 15/14 16/14 19/12 20/3 21/15 22/1 26/6 30/16 31/8 31/14 31/15 31/21 32/15 33/21 34/3 34/19 37/12 37/18 38/12 38/13 38/20
what's [3]  5/11 5/12 17/12
whatever [1]  35/22
when [23]  11/21 13/1 15/13 17/24 20/9 22/3 22/10 23/15 23/15 24/4 25/18 27/18 28/15 32/2 33/14 34/8 35/16 37/2 37/4 37/7 37/21 41/16 43/8
where [5]  6/7 14/17 24/11 32/7 37/5
WHEREOF [1]  46/14
whether [9]  15/3 15/22 16/2 16/7 17/23 18/3 30/18 33/2 37/11
which [24]  3/22 7/21 8/19 8/23 9/21 9/23 9/24 10/2 10/13 10/18 11/9 11/11 14/22 15/11 16/19 16/25 18/12 26/15 27/13 31/1 31/3 31/6 34/25 37/12
white [1]  14/18
whitening [1]  14/22
who [8]  3/17 3/23 4/15 6/5 19/13 23/22 30/6 35/2
whole [2]  13/24 13/25
why [7]  5/17 6/8 8/6 14/1 18/6 30/9 34/3
wife [1]  17/2
will [24]  3/3 9/1 9/20 10/1 10/19 10/19 12/5 19/13 26/2 26/11 28/22 29/13 29/14 29/25 30/20 30/22 31/5 33/5 33/16 40/15 41/11 41/12 43/2 45/3

wish [1]  39/11
withholding [1]  27/21
within [8]  15/2 15/22 16/1 16/7 17/22 18/2 18/8 44/4
without [4]  26/3 29/24 30/18 34/11
witness [3]  5/20 28/11 46/14
witnesses [3]  8/16 28/13 35/4
won't [1]  24/9
wonderful [3]  33/16 35/12 35/12
work [27]  3/23 4/8 4/12 5/12 5/13 5/21 5/25 6/5 6/5 19/19 21/12 22/19 23/3 23/7 23/8 27/6 27/9 27/13 29/8 29/9 31/25 32/5 32/5 32/8 34/20 34/22 35/1
worked [3]  35/7 42/18 42/24
worker [5]  6/11 6/13 34/14 34/20 35/5
workers' [7]  30/8 30/10 30/19 30/21 30/22 31/15 37/11
working [4]  4/5 22/13 23/4 27/19
works [1]  6/9
world [2]  6/4 16/23
worse [1]  34/10
would [14]  5/10 7/19 11/6 11/22 17/21 18/10 20/19 23/1 23/2 23/13 23/13 32/16 39/17 40/7
wouldn't [3]  24/22 32/13 32/14
writing [1]  35/20
wrong [4]  5/6 31/10 32/21 32/21
wrote [1]  20/10

## X

x-ray [1]  17/25

## Y

yeah [8]  5/18 6/2 7/15 7/25 18/1 32/8 32/8 40/2
year [13]  5/1 19/19 19/24 20/13 21/18 22/8 22/8 23/5 23/9 33/17 33/18 33/18 33/19
years [15]  10/21 21/7 21/9 21/16 21/19 23/11 23/12 28/24 29/2 31/24 31/25 33/21 33/21 35/9 43/6
yes [32]  6/23 8/8 12/12 12/18 12/23 16/5 16/13 17/21 18/6 18/10 18/23 26/21 26/24 27/12 37/20 40/8 40/17 41/14 41/17 41/20 41/22 41/24 42/1 42/3 42/5 42/7 42/9 42/11 44/20

44/23 45/1 45/9
yesterday [1]  3/17
yet [1]  7/12
you [235]
you'd [2]  23/23 23/23
you'll [3]  27/21 35/13 35/17
you're [18]  17/13 20/3 20/5 22/18 22/19 22/22 22/23 24/18 25/18 25/19 25/19 29/23 30/17 31/15 34/5 34/7 35/3 35/24
you've [5]  13/7 13/8 13/10 13/12 26/4
your [69]
yourself [2]  22/18 30/9
yourselves [1]  43/6

## Z

zero [2]  11/23 11/24